UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 19 2017
AT ___ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

Tony Jennings,

Plaintiff(s),

v.

Jeremy Decker
Darren Ettinger

Defendant(s),
Syracuse Police Department

COMPLAINT
(Pro Se Prisoner)

Case No. 5:17-cv-54
(Assigned by Clerk's Office upon filing)

Jury Demand
☑ Yes
☐ No

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Fed. R. Civ. P. 5.2.

I. **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

II. **PLAINTIFF(S) INFORMATION**

Name: Tony Jennings
Prisoner ID #: # 98003452
Place of detention: Onondaga County Justice Center
Address: 555 South State Street
Syracuse New York 13202-2104

Indicate your confinement status when the alleged wrongdoing occurred:
- ☐ Pretrial detainee
- ☒ Civilly committed detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

Tony W. Jennings  98003452 / 03-B-1512 / 07-B-1954

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

III. **DEFENDANT(S) INFORMATION**

Defendant No. 1: Jeremy Decker, Decker Jeremy
Name (Last, First)

Syracuse police officer
Job Title

Syracuse police Department 511 south
Work Address

State Street   Syracuse   New York   13202
City            State        Zip Code

Defendant No. 2: ETTINGER DARREN
Name (Last, First)

Syracuse police officer
Job Title

2

Work Address: Syracuse police Department 511 south State

City: Street Syracuse   State: New York   Zip Code: 13202

Defendant No. 3:
Name (Last, First): Super Vising Senior officer Doe
Job Title: Syracuse police officer Sergeant
Work Address: Syracuse police Department 511 south State
City: Street Syracuse   State: New York   Zip Code: 13202

Defendant No. 4:
Name (Last, First): Syracuse police Department
Job Title: Syracuse police Department
Work Address: 511 south State Street
City: Syracuse   State: New York   Zip Code: 13202

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

## IV. STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

Swelling Around Right Eye. Pictures were Taken by Syracuse Police Sergeant. Supervisor of Officer Jeremy Decker and Darren Ettinger. I was provided Medical Treatment at The Onondaga County Justice Center. That Consisted of Medical Intake Questions upon Admission into The County Jail. Then was Given Non Aspirin.

## V. STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

### FIRST CLAIM

"Excessive force" - Being slammed to the concrete by Jeremy Decker, then being struck in the face with a close fist by Darren Ettinger.

### SECOND CLAIM

"Illegal search and Seizure" - No legal basis nor probable cause to justify the arrest, search and seizure conducted by Jeremy Decker and Darren Ettinger.

### THIRD CLAIM

Racial profiling / False Report Jeremy Decker and Darren Ettinger targeting inner city minority's, and substantiating criminal charges as such.

**VI. RELIEF REQUESTED**

State briefly what relief you are seeking in this case.

Compensation, $225,000.00 Reprimand / Re Training of defendants

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 11, 2017       Tony Jennings
                              Plaintiff's signature
                              (All plaintiffs must sign the complaint)

(revised 10/2/16)

5