On January 5, 2016 at Approximately 6:43 pm. 2 police officers of the Syracuse police Dept. Crime Reduction Team Unit Darren Ertlinger and Jeremy Decker Driving a Marked police Vehicle in "plain Clothing" pulled into Raddison Court in Syracuse Housing projects, where I the plaintiff/Defendant was inside of my Car, parked Inbetween Two other Vehicles. The officer's pulled their patrole Vehicle Directly Behind my Car which Boxed me in Completely, Causing me to feel seized and detained and not free to Be Able to Exercise my Right To Be left Alone, or Refuse To partake in the officers Inquiry By slowly Driving Away from Them.

The Arresting officer's Never Explained To me The purpose for the stop of my Vehicle or The Reason for Blocking my Car Inbetween 2 Vehicles. After providing the officer's with my Drivers licence and Vehicle Registration, Along with my Insurance Card Showing the officer's That All of my paperwork was indeed valid and That I Had Done Nothing wrong To warrant Such a Seizure or The Harrassment from Both Arresting officers.

The Intrusion from The officer's Flashlights Illuminat-

ing, shinning all around the interior of my car furthered the violation. Officer's still proceeded to violate my rights by pulling me from my car and conducting a fullscale search of my person. I was never read my rights or told/informed that I was under arrest, all while Officer Decker proceeded searching inside of my coat pockets and pants pockets. Then went as far as placing his hand inside of my pants in the rear along my buttocks. I ask the officer to stop and told him that his search was unlawful and unnecessary repeatedly. I turned around to get the officer to take his hand from inside of my pants, and telling him the violation, I felt from his conduct but was slammed to the ground causing me to bang my head on the ice in the parking-lot.

At this time officer Darren Ettinger comes from the passenger side of my vehicle to my driver side, kneels down then punches me in the face.

I Have Been Aggrieved By This Unlawful Search And Seizure which Violates My Constitutional Rights.

I Have Been Informed By My Criminal Defense Attorney That The Search and Seizure of my person and Vehicle And other Articles was unlawful and in derrogation of my Constitutional Rights under The United States Constitution and Laws of This State.