# Onondaga County Justice Center
## Inmate Letterhead

United States District Court, Northern District of New York
Clerks Office.

February 15, 2017

Lawrence K. Baerman,

I Tony Jennings Am writing To The Courts in Regards To A Complaint That I Have Filed. I Have Not Recieved Any Response From The Courts As of Yet in Regards To My Complaints Current Status or if My Complaint Has been Reviewed And Met The Criteria To be processed Fully. I Have filled out The Complaint with Attached Informa pauperis forms Completed, Signed and Dated and Returned To The Address Listed as Instructed.

IF I must Refile, Could you please Resend The Same forms Completed prior, and I will Gladly Resubmit Completed.

If There's Anything you Can Do To Help me in Regards To This Matter I'D Appreciate your Assistance.

I Appreciate your Time, patience and Consideration.

Tony Jennings

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB 17 2017
AT____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

Copied
Copy

FIRST-CLASS MAIL
PRESORTED
U.S. Postage Paid
SYRACUSE NY
1566

Onondaga County Sheriff's Office
Justice Center Inmate Correspondence
555 South State Street
Syracuse, New York 13202-2104

Tony Jennings

United States District Court
Northern District of New York
Clerks Office
Po-Box 7367
100 South Clinton Street
Syracuse, New York 13261-7367

RECEIVED
FEB 17 2017

LCU-NP1   13261