Kristen E. Smith
Corporation Counsel

Joseph W. Barry, III
First Assistant Corporation Counsel

Catherine E. Carnrike
Thomas R. Babilon
Meghan E. Ryan
Amanda R. Harrington
John C. Black, Jr.
Christina F. DeJoseph
Kathryn M. Ryan
Ramona L. Rabeler
Erica T. Clarke
Todd M. Long
Khalid Bashjawish
H. J. Hubert
Mary L. D'Agostino



OFFICE OF THE CORPORATION COUNSEL

BEN WALSH, MAYOR

June 29, 2018

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUL 0 2 2018

LAWRENCE K. BAERMAN, CLERK
ALBANY

Att: Mr. Scott Snyder, Esq.
Hon. Lawrence E. Kahn
James T. Foley U.S. Courthouse
445 Broadway, Rm 424
Albany, New York 12207

**Re:** **Jennings v. Decker et. al.**
**5:17-cv-54**

Dear Mr. Snyder,

I represent the defendants in the above captioned matter. As part of my exhibits for the summary judgment motion, I am submitting the following exhibits to be filed under seal:

Exhibit G: Plaintiff's medical records from the Onondaga County Justice Center;

Exhibit H: Plaintiff's medical records from the Elmira Correctional Facility.

Thank you for your courtesy.

Very truly yours,

Khalid Bashjawish, Esq.
Assistant Corporation Counsel

cc: Tony Jennings
17-B-0816
Elmira Correctional Facility
P.O. Box 500
Elmira, NY 14902

***Request to file exhibits under seal is GRANTED.

USDJ Lawrence E. Kahn
July 02, 2018