**ONONDAGA COUNTY**
**COUNTY COURT, SYRACUSE, NEW YORK**
**Hon. Stephen J. Dougherty, Presiding**

FILED & ENTERED

**Indict #:** 2016-0961-1
**Index #:** 16-0049
**NYSID #:** 08709143L
**File Date:** October 20, 2016

2017 APR 18  A 10 03

Lisa Dell
Onondaga County Clerk

### THE PEOPLE OF THE STATE OF NEW YORK

-vs-

### TONY JENNINGS, DOB: 07/18/1982

The defendant, **TONY JENNINGS**, was accused on October 20, 2016 for the crime(s) of Criminal Possession of a Controlled Substance 3rd PL-220.16(1) and Criminal Possession of a Controlled Substance 5th PL-220.06(5) committed on or about January 5, 2016; and

The defendant with counsel and the prosecutor appeared before the Court on November 3, 2016. Defendant was arraigned and entered a plea of not guilty to the above charge(s). Defendant was advised that he is entitled to be represented by counsel and if indigent, counsel would be provided by the Court. Defendant was further advised that he is entitled to a trial by jury or by the Court and if defendant waived this right and entered a plea of guilty, it was the same as a conviction after trial.

Said defendant being represented by **John LoFaro, Esq.**, was found guilty after a jury trial to **Criminal Possession of a Controlled Substance 3rd PL-220.16(1) and Criminal Possession of a Controlled Substance 5th PL-220.06(5)** on February 8, 2017.

On March 8, 2017, the defendant, **TONY JENNINGS**, by Order of the Court, was sentenced on Criminal Possession of a Controlled Substance 3rd to 10 years determinate and 3 years Post Release Supervision. On the charge of Criminal Possession of a Controlled Substance 5th the defendant was sentenced to 4 ½ years and 2 years Post Release Supervision. Time is to run concurrent.

Surcharge: $300.00
CVA: $25.00
DNA Fee: $50.00

I certify the above to be a true extract of the Court Minutes.

SABRINA VINSON-DENTON
Court Clerk

Court Reporters:
Arraignment: Adam Alweis
Disposition: Patrick Reagan
Sentence: Shelley Strader

098F0426

# UNIFORM SENTENCE & COMMITMENT

**STATE OF NEW YORK**
County COURT, COUNTY OF Onondaga
PRESENT: HON. Stephen J. Dougherty

UCS-854 (8/2011)

Court Part: 2
Court Reporter: Shelley Strader
Superior Ct. Case #: 2016-0961-1

The People of the State of New York
vs.
**TONY JENNINGS**
Defendant

| SEX | D.O.B. | NYSID NUMBER | CRIMINAL JUSTICE TRACKING NUMBER |
|---|---|---|---|
| male | 07/18/82 | 087091 43L | 67468680K |

Accusatory Instrument Charge(s): | Law/Section & Subdivision:
1. Crim Poss of Controlled Sub 3rd — PL-220.16(1)
2. Crim Poss of a Controlled Sub 5th — PL-220.06(5)

Date(s) of Offense: 01 / 05 / 16 To __ / __ / __

THE ABOVE NAMED DEFENDANT HAVING BEEN CONVICTED BY [ ☒ PLEA OR ☐ VERDICT ], THE MOST SERIOUS OFFENSE BEING A [ ☒ FELONY OR ☐ MISDEMEANOR OR ☐ VIOLATION ], IS HEREBY SENTENCED TO:

| Crime | Count Number | Law/Section & Subdivision | SMF, Hate or Terror | Minimum Period | Maximum Term | Definite (D,M,Y) / ☒ Determinate (in years) | Post-Release Supervision |
|---|---|---|---|---|---|---|---|
| 1 Crim Poss of Contr. Sub 3rd | 1 | PL-220.16(1) | | years | years | 10 years | 3 years |
| 2 Crim Poss of Contr. Sub 5th | 2 | PL-220.06(5) | | years | years | 4 1/2 years | 2 years |
| 3 | | | | years | years | | years |
| 4 | | | | years | years | | years |
| 5 | | | | years | years | | years |

** NOTE: For each DETERMINATE SENTENCE imposed, a corresponding period of POST-RELEASE SUPERVISION MUST be indicated [PL § 70.45].

☒ Counts 1 & 2 shall run CONCURRENTLY with each other  ☐ Count(s) ____ shall run CONSECUTIVELY to count(s) ____

☐ Sentence imposed herein shall run CONCURRENTLY with ____ and/or CONSECUTIVELY to ____

☐ Sentence imposed herein shall include a CONSECUTIVE ____ term of [☐ PROBATION OR ☐ CONDITIONAL DISCHARGE], with an Ignition Interlock Device condition, that shall commence upon the defendant's release from imprisonment [PL § 60.21]

☐ Conviction includes: WEAPON TYPE: ____ and/or DRUG TYPE: ____

☐ Charged as a JUVENILE OFFENDER - age at time crime committed: ____ years
☐ Adjudicated a YOUTHFUL OFFENDER [CPL § 720.20]
☐ Execute as a sentence of PAROLE SUPERVISION [CPL § 410.91]
☐ Re-sentenced as a PROBATION VIOLATOR [CPL § 410.70]
☐ Court certified the Defendant a SEX OFFENDER [Cor. L § 168-d]
☐ CASAT ordered [PL § 60.04(6)]
☐ SHOCK INCARCERATION ordered [PL § 60.04(7)]

As a: ☐ Second  ☐ Second Violent  ☐ 2nd Drug  ☐ Second Drug w/prior VFO  ☐ Predicate Sex Offender  ☐ Predicate Sex Offender w/prior VFO  ☐ Second Child Sexual Assault  ☐ Persistent  ☐ Persistent Violent  **FELONY OFFENDER**

| Paid | Not Paid | Deferred | | $ | Paid | Not Paid | Deferred | | $ |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | Mandatory Surcharge | $300.00 | ☐ | ☒ | ☐ | Crime Victim Assistance Fee | $25.00 |
| ☐ | ☐ | ☐ | Fine | | ☐ | ☐ | ☐ | Restitution | |
| ☐ | ☒ | ☐ | DNA Fee | $50.00 | ☐ | ☐ | ☐ | Sex Offender Registration Fee | |
| ☐ | ☐ | ☐ | DWI/Other | | ☐ | ☐ | ☐ | Supplemental Sex Off. Victim Fee | |

THE SAID DEFENDANT BE AND HEREBY IS COMMITTED TO THE CUSTODY OF THE:

☒ NYS Department of Correctional Services (NYSDOCS) until released in accordance with the law, and being a person sixteen (16) years or older not presently in the custody of NYSDOCS, the [ COUNTY SHERIFF OR ☐ NEW YORK CITY DEPARTMENT OF CORRECTION] is directed to deliver the defendant to the custody of NYSDOCS as provided in 7 NYCRR Part 103.

☐ NYS Department of Correctional Services (NYSDOCS) until released in accordance with the law, and being a person sixteen (16) years or older presently in the custody of NYSDOCS, defendant shall remain in the custody of the NYSDOCS.

☐ NYS Office of Children and Family Services in accordance with the law, being a person less than sixteen (16) years of age at the time the crime was committed.

☐ ____ County Jail/Correctional Facility

**TO BE HELD UNTIL THE JUDGMENT OF THIS COURT IS SATISFIED.**

REMARKS: ____

Pre-Sentence Investigation Report Attached: ☒ YES ☐ NO
Order of Protection Issued: ☐ YES ☒ NO
Order of Protection Attached: ☐ YES ☒ NO
☐ Amended Commitment:
Original Sentence Date: **098F0427**

03 / 08 / 17   Sabrina Vinson-Denton   by: [signature] Sabrina Vinson-Denton   Court Clerk
Date   Clerk of the Court   Signature   Title

Commitment, Order of Protection & Pre-Sentence Report received by Correctional Authority as indicated:

Official Name ____
Shield No. ____