# *Precision Reporters, PC*

110 West Fayette Street, Ste 750
Syracuse, New York 13202
315-422-4280 (tel)
315-422-7348 (fax)

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/26/2017 | 27834 |

| BILL TO |
|---------|
| CORPORATION COUNSEL<br>Department of Law<br>233 East Washington Street<br>Syracuse, New York  13202<br>Attn:  Ramona Rabeler, Esq. |

| CASE: | Jennings vs. City of Syracuse |
|-------|-------------------------------|

| Phone # | 315-448-8400 |
|---------|--------------|
| Fax # | |
| E-mail | rrabeler@syrgov.net |

| REPORTER: | Abby C. Kohler |
|-----------|----------------|

| TERMS |
|-------|
| 2%  after 30 Days |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Deposition of Tony Jennings held on 3/30/2017<br>(Orig + 1) 62 pages @ $4.60/page. | 285.20 |
| Mileage:  Roundtrip from Syracuse to Elmira 179 miles @ $.54/mile. | 96.66 |
| Photocopying/Scanning of exhibits: 9 pages | 2.70 |
| APPEARANCE FEE: 1 hour downtime due to late start. | 50.00 |
| PDF e-mailed on 4/26/17 | |

Federal ID No.  16-1314915

DUE ON RECEIPT

**Total** | $434.56

**www.precisionreporters.com**

# *Precision Reporters, PC*

1 10 West Fayette Street, Ste 750
Syracuse, New York 13202
3 15-422-4280 (tel)
3 15-422-7348 (fax)

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/26/2017 | 27834 |

| BILL TO |
|---------|
| CORPORATION COUNSEL<br>Department of Law<br>233 East Washington Street<br>Syracuse, New York 13202<br>Attn: Ramona Rabeler, Esq. |

| CASE: | Jennings vs. City of Syracuse |
|-------|-------------------------------|

| REPORTER: | Abby C. Kohler |
|-----------|----------------|

| Phone # | 315-448-8400 |
|---------|--------------|
| Fax # | |
| E-mail | rrabeler@syrgov.net |

| TERMS |
|-------|
| 2% after 30 Days |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Deposition of Tony Jennings held on 3/30/2017<br>(Orig + 1) 62 pages @ $4.60/page. | 285.20 |
| Mileage:  Roundtrip from Syracuse to Elmira 179 miles @ $.54/mile. | 96.66 |
| Photocopying/Scanning of exhibits: 9 pages | 2.70 |
| APPEARANCE FEE: 1 hour downtime due to late start. | 50.00 |
| PDF e-mailed on 4/26/17 | |

| Federal ID No.  16-1314915 | DUE ON RECEIPT | **Total** | $434.56 |
|----------------------------|----------------|-----------|---------|

www.precisionreporters.com

ORIGINAL

S T A T E   O F   N E W   Y O R K
-----------------------------------------------x
TONY W. JENNINGS,

                Claimant,

-against-

CITY OF SYRACUSE,

                Respondent.

-----------------------------------------------x

       The 50-h Hearing of TONY W. JENNINGS, held on

March 30, 2017, at the Elmira Correctional Facility, 1879

Davis Street, Elmira, New York, before Abby C. Kohler, Court

Reporter, and Notary Public in and for the State of New York.

                A P P E A R A N C E S

For Claimant:        PRO SE

For Respondent:     CORPORATION COUNSEL
                    Attorneys at Law
                    Department of Law
                    233 East Washington Street
                    Syracuse, New York  13202
                      BY:  RAMONA RABELER, ESQ.

Page/Line                                    ATTORNEY'S NOTES

2

1                 I N D E X   O F   T E S T I M O N Y

2    EXAMINATION OF TONY JENNINGS                    Pages

3        By Ms. Rabeler:                          4 - 61

4

5                 I N D E X   O F   E X H I B I T S

                                        Page            Page
6                                      Marked        Identified

7    Exhibit No. 1                       4              43
     (Photograph)
8
     Exhibit No. 2                       4              47
9    (Photograph)

10   Exhibit No. 3                       4              44
     (Photograph)
11
     Exhibit No. 4                       4              47
12   (Photograph)

13   Exhibit No. 5                       4              47
     (Photograph)
14
     Exhibit No. 6                       4              --
15   (Photograph)

16   Exhibit No. 7                       4              --
     (Photograph)
17
     Exhibit No. 8                       4              --
18   (Photograph)

19   Exhibit No. 9                       4              --
     (Photograph)
20

21                 I N D E X   O F   R E Q U E S T S

22                                        Page           Line

23   By Ms. Rabeler:

24   (Copy of paperwork associated with      60            17
     federal court case)
25

3

## STIPULATIONS

IT IS HEREBY STIPULATED, by and between the attorneys for the respective parties hereto, that this 50(h) Hearing be held pursuant to the provisions of the General Municipal Law and all rights provided by the CPLR, and Part 221 of the Uniform Rules for the Conduct of Depositions, including the right to object to any question, except as to form, or to move to strike any testimony at this examination is reserved; and in addition, the failure to object to any question or to move to strike any testimony at this examination shall not be a bar or waiver to make such motion at, and is reserved to, the trial of this action.

This deposition may be sworn to by the witness being examined before a Notary Public other than the Notary Public before whom this examination was begun, but the failure to do so or to return the original of this deposition to counsel, shall not be deemed a waiver of the rights provided by Rule 3116 of the CPLR, and shall be controlled thereby.

The signing and filing of the original of this deposition transcript is waived.

IT IS FURTHER STIPULATED, that a copy of this examination shall be furnished to the attorney for the witness being examined without charge.

4

JENNINGS - RABELER

1              T O N Y   J E N N I N G S, called as a witness

2    and being duly sworn, testifies as follows:

3                    (Whereupon Exhibit Nos. 1 through 9 were

4                    marked for identification, 3/30/17, ACK)

5                    EXAMINATION BY MS. RABELER:

6              Q    Good morning, Mr. Jennings.  My name's

7    Ramona Rabeler.  I'm from the City of Syracuse.  I'm an

8    attorney for the City of Syracuse.  I'm here on your Notice

9    of Claim against the City.  We have a court -- there's a

10   stenographer here, so have you -- you mentioned you've been

11   deposed before, or you have not?

12             A    In a federal court, a level of federal court

13   proceeding.

14             Q    Okay.  So was there a stenographer there?  You

15   know that you need to speak audibly when you answer so that

16   she can take it down.  If you make gestures, she can't --

17             A    I understand.

18             Q    -- record that.

19             A    I understand.

20             Q    Okay.  So I'm going to be asking you

21   questions.  If you don't understand anything I've asked you,

22   ask me to rephrase it.

23             A    Okay.

24             Q    Let me know; all right?  The only other thing,

25   try to wait until I finish my question, and I'll try to do

5

JENNINGS - RABELER

1    the same for you, again, so the stenographer can record
2    everything down that we say today.
3            A    Okay.
4            Q    Okay.  You are here by yourself this morning.
5    I want to make sure you are -- again, this has to do with the
6    Notice of Claim that you filed against the City.
7            A    Okay.
8            Q    I want to make sure that's your intention to
9    go ahead this morning on your own, or if -- because in the
10   past, I notice that you had some legal counsel associated
11   with an appearance before the CRB, the Citizen Review
12   Board --
13           A    Yes.
14           Q    -- in the City?
15           A    Yes.
16           Q    So it is your intention to go ahead on your
17   own without legal counsel this morning?
18           A    Yes.
19           Q    I haven't had a chance to speak to you in
20   between the time of the filing of this Notice of Claim.  Some
21   other things have happened in-between.  I believe that there
22   was a conviction in between the time of the Notice of Claim?
23           A    Yes.
24           Q    So my question is whether you are still --
25   whether you still have claims against the City, and if so,

6

JENNINGS - RABELER

1    what they are.  So are you intending to still proceed against

2    the City of Syracuse for anything that you mentioned in your

3    Notice of Claim against the City?

4              A    Yes.

5              Q    Okay.  What are you alleging against the City

6    as the City's wrongdoing?

7              A    In regards to the Syracuse Police Department

8    on the night of the arrest and the way they went about the

9    whole procedure.  Those are my issues.  My rights that was

10   violated, my actual rights, and them not following procedure

11   or protocol, that is what the claim is based, and then

12   basically what they did to me as well.

13             Q    Okay.  What are you claiming was wrongful or

14   illegal about what the police did to you?

15             A    Well, technically they pulled up behind me for

16   no apparent reason, blocked my vehicle off.  I wasn't able to

17   move and get away.  And you know, they just came up to my car

18   and started harassing me for no reason, asking me all kinds

19   of questions and pulling me from my car and basically

20   intimidating me.  Scared me, I was scared.  And it was all

21   for basically no reason.  And I was violated from the search.

22   The assault that I received from the officer,

23   Darrin Ettinger, that was his name, assaulted me.

24             Q    Okay.  And we'll get into the details about

25   what happened.  First, I'm going to go into your claimed

7

JENNINGS - RABELER

1    injuries.

2             A    Okay.

3             Q    You do understand -- and my understanding is

4    that there was a hearing held as to whether there was an

5    illegal search and seizure; is that correct?

6             A    Correct.  The hearing conducted --

7             Q    With regard to the arrest?

8             A    The court case.

9             Q    With the court case, yes, not with regard to

10   your claim against the City.

11            A    Okay, correct.

12            Q    But there was a hearing with regard to the

13   charges against you?

14            A    Correct.

15            Q    In criminal court?

16            A    Correct.

17            Q    And the result of that hearing was that the

18   illegal -- it was ruled that it was not an illegal search; is

19   that correct?

20            A    That's currently being argued right now

21   because judgment was made in error, and it's currently in

22   appeal in regards to that.

23            Q    Okay.  I just wanted to clarify that.

24            A    Yes.

25            Q    That's all.  All right.  So you indicate you

8

JENNINGS - RABELER

1   were injured that evening.   Tell me what your injuries were.

2           A     Well, once the officer pulled me from my car,

3   you know, stuck his hands -- well, far as injuries, you know,

4   he slammed me to the ground.   I banged my head on ice in the

5   parking lot.   It was the wintertime.   It was cold out,

6   January 5th, and, you know, he was applying a lot of pressure

7   on me by being on top of me.   I can't recall if he had his

8   knee in my back or he had his elbow in my back on top of me

9   but, you know, I turned my head to the side, to the right,

10  and looked, and that's when I seen his partner coming around

11  the car.  He came over and struck me in face when I had my

12  glasses on.

13          Q     Okay.   Were you standing at the time that you

14  were struck in the face?

15          A     No.   I was on the ground.

16          Q     On the ground, okay.   What are you claiming

17  was the injury from -- was there an injury from him striking

18  you?

19          A     Yeah.   I mean, as far as, like, a broken face

20  or broken jaw, I don't believe there was no -- there was no

21  broken bones, no.

22          Q     Okay.

23          A     But I was struck --

24          Q     Okay.

25          A     -- in the right side of my face, and, you

9

JENNINGS - RABELER

1   know, it hurted.  It was in violation of my constitutional
2   rights.
3          Q     How long was there a hurt from that strike?
4          A     It was for -- it was for -- it was -- I want
5   to say probably a week, maybe.
6          Q     What did it feel like?  Describe it for me.
7          A     It hurted.  I mean, it was irritation around
8   my -- my right -- my right eye socket, like, right on the
9   bone.  Like, a whole week, if not longer, I experienced, you
10  know, pain every time, you know, I go to put my glasses on in
11  the morning or I touch it.
12         Q     All right.  So you were pointing to the right
13  corner of your eye kind of --
14         A     Yeah.
15         Q     -- on the edge of the socket?
16         A     Yes.
17         Q     Under the -- under the brow?  Right under the
18  eyebrow?
19         A     All along here (indicating).
20         Q     All along the eyebrow?
21         A     Right.
22         Q     And under the eye?
23         A     Right.
24         Q     So did the officer -- where exactly did he
25  strike you on your face?  Can you describe it for me?

JENNINGS - RABELER

1        A    He struck me right in my eye, my right eye.

2        Q    Your right eye?

3        A    Right.

4        Q    Right.  Did you have any laceration or
5 bleeding as a result of that?

6        A    No, but I believe it was a little red, a
7 little red from striking me.

8        Q    How long did that redness last?

9        A    It was hard to determine.  When I was in the
10 county jail, the mirrors are pretty much you get what you
11 get.  You can't see out of them.

12        Q    So the pain lasted about a week for that
13 injury?

14        A    Right.

15        Q    Did you seek medical attention for that
16 injury?

17        A    Yes, I did.

18        Q    Where did you receive medical attention?

19        A    At Onondaga Community Justice Center.

20        Q    Did you receive that medical attention that
21 same day or evening?

22        A    Yes, that night.

23        Q    What medical attention did you receive?

24        A    Just as part of intake, coming in from intake.

25        Q    What did they do to treat you?

11

JENNINGS - RABELER

1          A    Oh, nothing.

2          Q    Did you -- did they give you an ice pack or

3    anything?

4          A    No, they didn't give me an ice pack or

5    anything.

6          Q    At any time did you refuse assistance, medical

7    assistance?

8          A    Yeah, at the scene -- or I was being

9    questioned by a -- their superior, their sergeant, and they

10   came up to the car and told me -- said something in regards

11   to it's his job, he has to ask me these questions.  Then he

12   went into a, you know, started asking me questions in regards

13   to if I was dying, and I remember I told him -- I said -- I

14   looked at him and I said, "No."

15              And he says, "You have any injuries?"

16              And I said, "Yeah.  Your officer, he struck me

17   in my face.  He punched me in the eye."

18              And that's when he asked me -- he says, "Are

19   you dying?"

20              I said, "No."

21              He said, "Do you have any broken bones?"

22              I said, "There is no way for me to determine

23   that, so I don't know."  That was pretty much where the

24   questions stopped.

25              And he said, "Do you need medical attention?"

12

JENNINGS - RABELER

1            I said, "I feel fine besides, you know, my eye

2    is throbbing, but other than that, no."  It didn't feel like

3    I'm dying.  It didn't feel like a have any broken bone, but

4    the officer did strike me in the face for no apparent reason,

5    and that's what I explained to them.  They never called the

6    ambulance or anything like that.  I knew I was going

7    downtown, so I was just gonna -- I let the medical -- the

8    medical intake people know -- excuse me -- at the Justice

9    Center.

10           Q    So at the Justice Center did someone look at

11   your face?

12           A    Yes.

13           Q    They checked your injuries, the person did?

14           A    Yeah.

15           Q    Okay.  Were there other -- was there -- is

16   there anything else you want to tell me about that injury?

17           A    Pretty much speaks for itself.

18           Q    Okay.  Were you wearing your glasses at the

19   time he struck you?

20           A    Yes.

21           Q    Are those the same glasses you're wearing now?

22           A    Yes.  He broke them when he struck me.

23           Q    Where did you get your glasses fixed?

24           A    I never got them fixed.  I've been

25   incarcerated ever since that fight.

13

JENNINGS - RABELER

1    Q    Your glasses appear to be -- to me, they

2    appear to be fine.

3    A    Yeah.  Along the top, I mean, she might not

4    see it, but I can show it to you.  Straight at the top, up

5    there, to where the frame separates from (indicating) --

6    Q    I can't.

7    A    You can't see it either?

8    Q    I have -- I have glasses as well, so it's

9    difficult for me to see.

10   A    Okay.

11   Q    But they're not shattered?

12   A    No.

13   Q    You're still able to wear your glasses?

14   A    Yes.

15   Q    All right.  And you were wearing them at the

16   time that he struck you?

17   A    Yes, I was.

18   Q    What other injuries did you have from that

19   evening, if any?

20   A    Well, I know, you know, later on down the line

21   I started experiencing, you know, different feelings of pain,

22   you know, that I didn't have prior to that arrest, but they

23   never went -- I never, you know, recorded them in regards to

24   it being a result from the arrest that night, but I've had

25   injuries behind my knee from where I was, you know, taken to

14

JENNINGS - RABELER

1   the ground that I didn't start experiencing these pains

2   until, you know, well after.  I never -- they were there.  I

3   thought it was something minor, but they never, you know,

4   never went away.  And I had a fractured rib before and

5   developed a callus, but I noticed after that, you know, I

6   started having pains in those areas there that I didn't have

7   prior to be slammed on the, you know, to being slammed on the

8   ground from the night of January 5, 2016.

9           Q    Okay.  Let me go back a little bit.  You said

10  you had a fractured rib and that you developed a callus.

11  That happened before --

12          A    That happened well before, but I didn't

13  experience any type of pains or throbbing because of it until

14  after the night of the arrest and when I was arrested by the

15  officers.

16          Q    Okay.  After the arrest, when did those pains

17  start back?  When did you start to feel those pains in that

18  area where your rib was --

19          A    After the adrenaline and everything came down

20  and I went through the process, you know, I want to say maybe

21  two weeks after, two weeks after my body was --

22          Q    And you didn't seek medical attention ever?

23          A    No.  Because I mean, it wasn't really, you

24  know, I beared with it.  I beared with it.

25          Q    Were there -- so I want to clarify.  I'm

15

JENNINGS - RABELER

1    trying to get this clear.

2            A     Absolutely.

3            Q     You had the eye injury.

4            A     Correct.

5            Q     And you told me about the rib --

6            A     Correct.

7            Q     -- injury.  Was there another injury, any

8    other injury that you --

9            A     Just my -- my knee.

10           Q     Right.  Let me ask about your knee.  What

11   happened with your knee?

12           A     Still to this day it bothers me.  I mean, when

13   I was slammed -- when I was slammed, I came down pretty hard

14   on my frontal, and that's how I hit my, you know, hit my face

15   on the ground and my knee and everything hit the ground.

16           Q     Okay.  On your face, there was a part where

17   you struck your eye?

18           A     Correct.

19           Q     Was there another injury on your face when you

20   went down, or that was kind of the same injury?

21           A     No.  I hit the left side of my face when I was

22   took down to the ground.  I hit my face on the ice in the

23   parking lot on the ground.  It was cold out; it was ice down

24   there.  I didn't have no injuries on the side of my face.

25           Q     On the left side?

16

JENNINGS - RABELER

1        A      On my left side.

2        Q      Okay.

3        A      When I turned to look at the officer,

4   Darrin Ettinger, that was coming around the back end of my

5   car, the rear of my vehicle, come around to assist him, his

6   partner, Jeremy Decker, kneeled down on one knee and got down

7   and struck me with his right -- his right hand, closed fist,

8   to my right eye socket.

9        Q      So the injuries to your head or your face

10  after that accident was really to that eye socket?

11       A      Correct.

12       Q      Not on the -- not on the left side of the

13  face?

14       A      Correct.  I was fine from, you know.

15       Q      The left side of the face was fine, it was the

16  eye socket that was the problem?

17       A      Correct.

18       Q      You said there was an injury to your knee?

19       A      Correct.

20       Q      Did you feel -- what was the injury that

21  night?

22       A      I can't say for sure.  My body at the time --

23  like I said, I didn't know all of this until, you know,

24  couple weeks later when I started noticing different pain,

25  but I beared.  I never reported those injuries upon intake or

17

JENNINGS - RABELER

1    to the officer's supervisor the night of the arrest.   I

2    never -- I never did that.   But these are something that I

3    noticed my body started making changes and feeling the

4    effects after the night of that arrest on January 5th.   So

5    no, they was never reported as, you know, far as for the

6    medical department at the Justice Center or here.   But the

7    eye injury, I did let them know about.

8            Q     So the eye injury is the only injury you

9    reported at the medical center the entire time that you were

10   at the Justice Center?

11           A     Correct.   Whether he reported it or not or

12   mentioned that, I let them know, and I let the officer

13   supervisor know as well.

14           Q     So at some point you did make a complaint

15   about these injuries, you say?

16           A     Not about the knee.

17           Q     Not about the knee or the rib?

18           A     Or the rib, no.   Only the eye.

19           Q     Only the eye?

20           A     Correct.

21           Q     And for the eye, someone looked at you and

22   you --

23           A     Correct.

24           Q     -- did or did not receive treatment?

25           A     Correct.

18

JENNINGS - RABELER

1    Q    Okay.  So the person looked at you and then

2    you received no treatment.  Is that what happened?

3    A    Correct, at the Justice Center.

4    Q    At the Justice Center.

5    A    Right.

6    Q    All right.  Let's get into the night of the

7    incident.  Where were you just prior to the arrest?

8    A    Home.

9    Q    Where is your home?

10   A    At the time I was staying at 119 Dewey Ave.,

11   and that's the city's west side almost like you're headed

12   towards Solvay.  If you're from Syracuse, you're familiar

13   where the school SAS is or Harrison Bakery by any chance off

14   of West Genesee, that is.

15   Q    Okay.

16   A    It is right there behind Harrison Bakery.

17   Q    So from there you ended up at Radisson Court?

18   A    Radisson.

19   Q    So how did that happen?

20   A    I received a phone call from a friend of mine.

21   He asked me for a ride, and I left home, came down there to

22   the Pioneer Homes where he was at.  He lived at Radisson

23   Court at the time with his girlfriend at the time.  Came down

24   there, give him a ride to the gas station to help him work on

25   his car, needed a ride to get to his vehicle and connect

19

JENNINGS - RABELER

1 wires to the batteries and put some air in the tire and get

2 the car moved back over to the parking lot to where his

3 girlfriend lived at in Pioneer Homes.

4        Q    Okay.  I'm confused.  He lived at Pioneer

5 Homes?

6        A    Correct.

7        Q    Is Radisson Court in Pioneer Homes?

8        A    Correct.

9        Q    So you drove -- where's the gas station?

10        A    From where he's at -- where he was at in

11 Pioneer Homes, it's right on South Salina Street, pretty much

12 the next projects over.  You got Central Village, that's the

13 Pioneer Homes, then you've got Central Village.  Right on the

14 front side of Central Village is Salina Street.  One of those

15 gas stations is where I took him to.

16        Q    First you went to the gas station with him?

17        A    Yeah, with him.  After I came down there and

18 picked him up, got him in the car with his tools, then we

19 went to the gas station, filled up his gas can, and we headed

20 over to his vehicle.

21        Q    Where was his vehicle?

22        A    Off of Burt Street.  It was behind the gas --

23 not the gas station, but it's in the same area.  Basically

24 it's, like, behind the gas station.  House of Hair, it's

25 called, it's on Burt Street right by Syracuse Frames, if you

JENNINGS - RABELER

1   know where that is --

2            Q    So did you go --

3            A    -- State and Burt.

4            Q    State and Burt?

5            A    Like Burt Street.

6            Q    Did you go from the gas station to his

7   vehicle?

8            A    Yes.

9            Q    What happened at his vehicle?

10           A    What happened at his vehicle?

11           Q    If anything.

12           A    He began working on his car, trying to get it

13   started, getting gas into the car and trying to put air in

14   there because he had the plug, the inflated -- it's like a

15   lighter you plug into your car in your car lighter, and then

16   you can pump air into a football, basketball, or tire, and he

17   was using that and he didn't have all the right tools that he

18   needed to connect the wires back around the battery -- the

19   battery properly.  So we stayed there for a little bit of

20   time while we worked on it.  And, you know, he was telling me

21   he was fine, that I could leave him, but I'm like, "It's

22   cold.  I'm not going to leave you.  I'll give you a ride and

23   make sure your car stays running to get all the way back

24   around to the Pioneer Homes, you know what I mean, that you

25   make to back to where I got you from."  So that's it.

JENNINGS - RABELER

1        Q    About what time was that at?

2        A    I left home probably, like, around -- around

3 five, I want to say.  And this had to be, like, maybe around

4 a little after five, 5:20, because he was -- he was -- he was

5 dealing with that car for a minute back there, trying to get

6 it started, get the battery on, get the wires back around the

7 battery, putting air in the tires.  We was there for a little

8 while because the arrest happened around 6:40.

9        Q    So after you were there with him with his

10 vehicle and he couldn't get it started --

11       A    Correct.

12       Q    -- what did you do next?

13       A    I took him back home.

14       Q    You took him back home?

15       A    Back home to Radisson Court in the Pioneer

16 Homes.

17       Q    And that was at about what time?

18       A    This had to be, like, maybe around 6:30-ish,

19 maybe, because we sat there talking in the parking lot inside

20 my car for maybe about a hot five minutes, maybe.

21       Q    Do you recall what --

22       A    If that.

23       Q    Do you recall what you were talking about in

24 the car?

25       A    I remember letting them know we was just

22

JENNINGS - RABELER

1    talking, that's it.  Talking, listening to light music, then

2    he had to get his gas can in my car, and I was ready to get

3    back home to go watch the game.  So I told him, I said,

4    "Let's get the gas can out of my car."  He said he was going

5    in the house anyways, so got out, took his gas can out, and

6    that's what happened.  But it was all probably, maybe, about

7    five minutes we was sitting in the car talking.

8          Q    And what kind of car is your car?

9          A    It was a 2003 Acura CLS, two-door, black.

10         Q    The person you were with, what's his name?

11         A    Willy Jones.

12         Q    What happened next?

13         A    He got out of my car, took the gas can out,

14   sat it on the curb, and was getting the rest of his tools out

15   of the back, and was sitting on the hood of my car, and he

16   turned --

17         Q    When you say he was -- he got his tools out?

18         A    Correct.  He sat on the box to the air

19   inflatable thing that you plug into the charger that I was

20   telling you.  He sat that on the hood of my car and had the

21   gas can, he sat that up on the curb, because where I was

22   parked, the curb was right here once he got out (indicating).

23         Q    Were there any other tools he had with him?

24   What were they?

25         A    Needle-nose pliers, I think that's what they

23

JENNINGS - RABELER

1   were, needle-nose pliers, because when you can't get the grip

2   that he needed to get the screw up to get the wire back

3   wrapped around the battery to tighten it back on, he didn't

4   have the right tool.

5           Q     Was that it, those three tools, or did he

6   have --

7           A     He probably had more, but I didn't see them.

8   Besides, you know, the needle-nose pliers that I believe he

9   was using to try to get the bolt -- the nut loose on the

10  battery to hook the wire around.

11          Q     All right.  So he took the gas can out?

12          A     Took that out.

13          Q     And set that where?

14          A     On the ground.

15          Q     Was it on the curb or --

16          A     It was on the curb.

17          Q     And then he took something else out and put it

18  where?

19          A     He took the box -- the charger that you put

20  the air in the tires, that's what he was using it for, to put

21  the air in the tires, sat that on the hood of my car.

22          Q     On the -- when you say "the hood," do you mean

23  the top of the car?

24          A     The roof, the roof of my car.

25          Q     And then what did he do?

24

JENNINGS - RABELER

1        A    He looked over, and all he said was, "Oh,

2   shit."  Excuse my language.

3        Q    Okay.  He said, "Oh, shit," and then what

4   happened?

5        A    The officer pulled up, lights out on their

6   car, pulled -- I -- because the way the parking lot is, if

7   you can tell from the pictures, the way you pull into the

8   Court -- it's a funny angle.  How can I put this?  Anyways,

9   my car is parked.  They pulled directly up behind my car,

10  blocked my car.  No lights on on any police cruiser.

11       Q    Okay.  Hold on.  Your car is parked kind of

12  perpendicular to the curb; is that right?

13       A    Correct.

14       Q    Did they pull behind you, like with the front

15  of their vehicle behind you, or was their car kind of --

16       A    Completely.

17       Q    So would have been a "T"?

18       A    "T" exactly.

19       Q    And if you had an accident, it would have been

20  a T-bone kind of thing?

21       A    T-bone; correct.

22       Q    They pulled behind you?

23       A    Correct.

24       Q    So their -- so essentially their passenger

25  door around that --

25

JENNINGS - RABELER

1       A    Their driver door.

2       Q    Driver door would have been behind your car?

3       A    Completely behind my trunk, trunk of my

4  vehicle.  T-bone, how you said.

5       Q    Okay, okay, all right.  So they pulled behind

6  you and then you were describing it to me.

7       A    Right.

8       Q    Go ahead.

9       A    No lights on their police car, and soon as

10  they pulled up, they blocked me off.  They pulled up, blocked

11  my car off, they jumped out of their police cruiser.

12      Q    Hold on one second.  Were there any other cars

13  in that lot?

14      A    Yes.

15      Q    About how many other cars were in that lot?

16      A    I don't know.  In that lot at the time, I want

17  to say maybe at least one, two, three, five, six -- maybe 15.

18      Q    Okay.

19      A    It could have been more.

20      Q    Was there a car parked on either side of you?

21      A    Correct.

22      Q    There was?

23      A    Correct.

24      Q    In the parking spot next to you was there a

25  car?

JENNINGS - RABELER

1        A    Correct.

2        Q    On both sides?

3        A    Yes.

4        Q    Do you remember what those cars looked like?

5        A    One was a truck and the other was a car.  It
was a truck on my left-hand side.  I can't remember what kind
of car was on my right-hand side, but it wasn't a truck.  The
truck was on my side.

9        Q    Do you remember the colors of those?

10       A    No, I don't.

11       Q    So tell me what happened.

12       A    They jumped out of they car immediately, and
they run at my friend, Willy Jones.

14       Q    When you say "they," both officers?

15       A    Darrin Ettinger and Jeremy Decker.

16       Q    So they both jumped out --

17       A    Yeah.

18       Q    They both jumped out of the police vehicle?

19       A    Correct.

20       Q    Okay.  Go ahead.

21       A    It was two officers.

22       Q    Two officers?

23       A    They jumped and ran immediately to
Willy Jones, and they started questioning him and searching
him, digging inside of his pants, going inside of his pants

27

JENNINGS - RABELER

1    pockets and just question after question in regards to, you

2    know, gang activity, guns, drugs, all the while -- all the

3    while while they're searching him, didn't ask him for

4    identification or anything.  And they pretty much

5    roughhousing him, throwing him up against my car for no

6    reason, and they even didn't know what --

7            Q    Do you know who did -- did one of them do

8    that?

9            A    Both of them, both of them, both officers,

10   Jeremy Decker and Darrin Ettinger.

11           Q    Did they do it at the same time or --

12           A    Yes, ma'am.

13           Q    Both had their hands on him at the same

14   time --

15           A    Correct.

16           Q    -- or did one do it then the other did it?

17           A    No, at the same time.

18           Q    What were you doing at that time?

19           A    I was sitting in the driver side of my car

20   looking through the open car door watching them.

21           Q    Did you say anything?

22           A    No.

23           Q    Did you hear Willy -- is that his name?

24           A    Willy, yes.

25           Q    Did you hear him say anything?

28

JENNINGS - RABELER

1      A      Yeah, yeah.

2      Q      What did he say?

3      A      He's was saying he not doing nothing.  He was

4  like, he don't have anything on him.  Kept repeating it.

5  Kept repeating it over and over.

6      Q      Do you remember anything specific that the

7  police officers said to him?

8      A      Yeah.

9      Q      What did they say?  Or if you can identify

10 which one said it, if you can't don't, but --

11     A      Yeah.  What was said, but I picked up what was

12 being said, you know, "What are you doing?  What do you have

13 on you?  You guys got drugs on you?  You guys got guns on

14 you?  You got any -- what yous doing?  Yous getting high?"

15 Like telling me, be honest with me what you guys was doing.

16 Like, "What you doing down here?"  You know, he went on with

17 the questions.

18     Q      Now, you said that Willy's girlfriend lived in

19 Pioneer Homes?

20     A      Correct.

21     Q      Do you know her address at Pioneer Homes?

22     A      No, I don't.

23     Q      Do you know her name, what her name was?

24     A      No, I don't.

25     Q      How long has he lived there?

JENNINGS - RABELER

1      A      I'm not sure.

2      Q      How long have you known Willy?

3      A      Since I was a child, probably maybe around

4  seven maybe, six, seven.

5      Q      When you were six or seven years old?

6      A      Yes.

7      Q      How do you know him?

8      A      He went to high school with my older brother.

9  I was -- actually, I used to live down in Pioneer Homes when

10  I was younger.  It -- I was born and raised down there,

11  so ...

12      Q      So had he lived with his girlfriend in Pioneer

13  Homes?

14      A      Correct.  I moved.  My mother moved out of the

15  neighborhood in 1992 because of an apartment fire we moved

16  out of there.  But that's from 1982 as far as I can remember

17  to 1992 I lived in Pioneer Homes.

18      Q      But he didn't always live there, Willy didn't

19  always live there, did he?

20      A      Yes, he did.

21      Q      In different apartments, or in the --

22      A      Yeah, different places.  Like, his mother once

23  lived on Townsend Street, and that's in the Pioneer Homes as

24  well.  When he was younger, he was, you know, born and raised

25  and from the area as well, lived down there, still lived down

30

JENNINGS - RABELER

1    there at the time of my arrest.  But me, I've been moved out

2    and staying on my own out of 119 Dewey Ave. at the time.

3         Q    Was he living at -- you don't know what

4    apartment he lived in?

5         A    If I could see the building, like, I don't

6    know the number right off the bat, but from memory, I know

7    the exact apartment that he was living in.  I don't have

8    photos to -- I can point right to it and show you exactly

9    where it's at, but as far as numbers, I -- I don't remember.

10        Q    Well, there's Radisson Court?

11        A    Mm-hmm.

12        Q    That's the parking lot?

13        A    Right.  There's Dablon on the other side.

14        Q    Okay.  Was it -- was it a building -- was it

15   in the building right there where Radisson Court is?

16        A    It's two buildings -- four buildings in

17   Radisson Court, and it's two on an angle, like an "L" shaped

18   connected on this side, on your left-hand side when you pull

19   into the parking lot (indicating).  And there is another --

20   actually, there is five.  It's five buildings in Radisson

21   Court.  You got another one that's angled on the other side,

22   and then you have a one -- no, there is six.  One, two,

23   three, four -- no, it's only four.  I'm sorry.

24        Q    Okay.

25        A    There is only four.

31

JENNINGS - RABELER

1        Q     Were you parked right in front of the building

2    where he was living?

3        A     No.  Because you have rows of complexes, like

4    short -- not buildings, high-rises.  Those high-rises I'm

5    telling you about, that is in the Court as well.  He stayed

6    in the complex, like the duplex.  There's an upstairs and

7    there's a downstairs.

8        Q     Okay.

9        A     He said upstairs.

10       Q     Okay.  About how far away were you from where

11   he -- his apartment was?

12       A     Because of the parking spaces and I wasn't

13   able to park exactly right in front of his -- his residence,

14   I had to park, you know, a little further up, soon as you

15   pull into the Court.

16       Q     So --

17       A     When you --

18       Q     Was it about a block away?  Was it --

19       A     No, it wasn't a block.  I mean, probably the

20   distance from here -- from here to maybe where the officer

21   is, or maybe right to that corridor right there is about the

22   distance (indicating).

23       Q     Fifty feet?

24       A     Yeah.

25       Q     Fifty feet, okay.  So while you're sitting in

JENNINGS - RABELER

1   the car, then what happens?  Willy is outside the car, the

2   police show up.  What happened next?

3          A    They're jostling him, they going through his

4   pockets, they digging inside of his pants, and I'm leaning

5   over in my car, and I'm, you know, looking out the passenger

6   door, and I'm watching them, and every now and then they keep

7   flashing lights through the car at me.  So I see it coming

8   through my back windshield.  I believe it was probably

9   Jeremy Decker.  He was the one that was assisting

10  Darrin Ettinger with the search of Willy Jones.  So every now

11  and then a flashlight would come through, going through my

12  back seats and going over the back of my head or whatever,

13  and I'm watching what's was going on through the passenger

14  door and I decided to get out of the car.  As soon as I

15  opened the car door, I go to get out, Jeremy Decker runs from

16  around Willy Jones, and Darrin Ettinger comes around on my

17  side and jumps into the doorjamb so -- blocking my path.  I

18  can't get out of my car.

19         Q    Have you -- before this incident, have you

20  ever been pulled over for a traffic stop?

21         A    Yes.

22         Q    Have you ever been told not to exit the

23  vehicle before?

24         A    No.

25         Q    Okay.  So you tried to exit the vehicle,

33

JENNINGS - RABELER

1   Darrin Ettinger runs around --

2          A    No.

3          Q    No?

4          A    Jeremy Decker.

5          Q    Jeremy Decker runs around.

6          A    Right.   Jumps in the doorjamb of the car.

7          Q    Jumps.   So he's on the outside of the door so

8   that you can --

9          A    No.   Basically he's on the inside of the -- my

10  car door's open.   I'm going to get out --

11         Q    And he's right there.

12         A    -- but I can't get out because he's right

13  there in front of me blocking me.

14         Q    Okay, all right.   Then what happened?

15         A    He just immediately started asking me all

16  kinds of questions, "What are you guys doing here?   You got

17  dope on you?   What, are you getting high?   You got guns?

18  You're in a gang?   What's going on?   Who lives down here?"

19  Just asking me a bunch of questions, everything except for

20  license and registration, so ...

21         Q    He asked you those questions?   What did you

22  respond?

23         A    I told him wasn't nothing go on, that my

24  friend lived there, I was giving him a ride.   Told him, "You

25  can smell the fumes in the car.   Gave him a ride to work on

34

JENNINGS - RABELER

1   his car.  I was dropping him back off."

2              "Lived there?"

3              "No, I don't live there.  He lives here."

4              "Oh.  What are you guys doing?"

5              "Nothing.  Minding our business," is what I

6   told him.

7              "You got guns on you?  You got drugs on you?"

8              "None of your business, no, like, I didn't do

9   anything wrong.  Why did you -- what's the reason that you

10  pulled up behind me blocking my car off?"

11       Q    Then what happened?

12       A    He asked me if I had ID on me, and I told

13  him -- I said, "No.  I got a driver's license."

14             He said, "Well, that's an ID."  Said, "Why

15  don't you give that to me?"

16             I said, "It's in my back pocket in my wallet.

17  Would it be okay if I go in my wallet and get it for you?"

18             He said, "Yeah."

19             I went and reached back into my pocket, got my

20  wallet out, gave him my driver's license.  He looked at it,

21  flashed his flashlight on it, he's just looking at it.  So I

22  asked him, I said, "My registration and insurance -- I got a

23  registration and insurance card in the glove compartment.

24  Would it be all right if I get that for you?

25             He looked at the license, at my driver's

JENNINGS - RABELER

1   license, and he said, "Yeah, why don't you go ahead and do
2   that for me."  So I reached over, went in my glove
3   compartment, got my registration and my registration form and
4   insurance card form, and I handed it to him through the open
5   car door.  And he -- he looked at it, took my license, put it
6   in his top pocket -- put my driver's license in his top
7   pocket, and put everything else on the hood of my car and
8   told me -- he said, "Step out of the car."  And he never ran
9   my name or checked to see if my license or registration or
10  anything was good.
11          Q     When you say "the hood" of the car, you mean
12  the roof of the car?
13          A     Yeah, the roof.  I'm sorry.  You got the hood.
14  You got the roof.  You got the trunk.  I'm sorry.
15          Q     He asked you to step out?
16          A     Yes.  He told me to step out.
17          Q     Told you to step out.
18          A     Correct.
19          Q     Then what happened?
20          A     You know, you're hesitant at first because
21  it's like, well, what is this all about?  So I step out of
22  the car.  So I stepped out of the car.  He said, "Turn
23  around.  Place your hands on the hood -- on the roof of the
24  car."
25          Q     When you say you were "hesitant at first," did

36

JENNINGS - RABELER

1   you do anything to indicate that you were hesitant?

2           A    I mean, I probably stuttered a second in

3   getting out and I asked him a question, like -- like, "What

4   do you want me to get out of the car for?  Like, what did I

5   do wrong?"  So it was that type of stutter with the question,

6   but I got out of the car because I was intimidated.  I was

7   coerced.  I was under the impression that, you know, these

8   officers -- and I didn't want nothing bad to happen to me.

9   So I stepped out of the car, turned around, placed my hands

10  on the roof of my car, and he began searching me.

11          Q    What did he do to search you?

12          A    Well, what he was supposed to do was pat frisk

13  me if I wasn't under arrest, but instead of doing that, he

14  was going inside of my pockets, squeezing the top part of my

15  coat pocket on my army jacket, squeezed it, went inside the

16  pocket.  Squeezed this one, went inside the pocket, and I

17  said, "Officer, what reason is you going inside of my pockets

18  for?  Am I under arrest?"

19          Q    So you just -- you indicated he squeezed the

20  front coat pockets on your chest?

21          A    He squeezed it first, then he sticks his hand

22  inside.

23          Q    So on your left-hand side first, then on the

24  right-hand side?

25          A    Then on the right.

37

JENNINGS - RABELER

1       Q    All right.

2       A    He continued that through my jacket, and the

3 whole time I'm asking him, "Why are you going inside of my

4 pockets? Am I under arrest?" And he just wouldn't say

5 anything, and he was refusing, you know, refused to answer

6 me. And he got to -- he got to the lower part of my jacket,

7 my army jacket, and he lifted the coattail and took his hand

8 and he ran all the way around inside my waistline and went

9 around to the front and then came back. Well, excuse me.

10 Before we get to there, he grabbed my pockets, squeezed it --

11      Q    Which pocket? What are you talking about?

12      A    My right pants pocket.

13      Q    Which is where on your pants?

14      A    This side (indicating).

15      Q    Okay.

16      A    Over here, this side (indicating).

17      Q    All right.

18      A    So he got in my pants pocket, he squeezed it,

19 then he sticks his hand in it.

20      Q    Okay. You're talking about -- this isn't a

21 cargo pants pocket like on the lower leg, it's your -- it's a

22 regular pocket below your waistline?

23      A    Correct. Levi jeans.

24      Q    On your right thigh, essentially?

25      A    Correct.

38

JENNINGS - RABELER

1          Q      Hip area; right, yes?

2          A      What?

3          Q      Is this your hip?

4          A      Yes.   What is the question?

5          Q      If that was the pocket, below the waistband on

6     your right hip area.

7          A      Yes.

8          Q      Go ahead.

9          A      He squeezed my pocket, he sticks his hands in

10     there.   I'll telling him -- I'm saying, "Officer, like what

11     are you doing?  Like you -- you out of line."

12                So he tells me -- he says, "You seem like you

13     nervous."

14                I said, "Nervous, you're -- am I under arrest?

15     Like, what reason are you searching inside my pockets?"  He

16     never told me if I was under arrest.

17                He tells me, "I seen you guys pull up.  I see

18     you guys, you know, sitting in the car, and, you know, you're

19     making further movements, it's -- it has to be something

20     going on."

21                So I told him, I said, "Ain't nothing going

22     on."

23                "You seem like you acting real nervous to me.

24     You acting real nervous."  That's when he lifted my coattail,

25     grabbed my pants, and he stuck his hands all around from the

39

JENNINGS - RABELER

1   side all the way to the front.

2         Q    Around your waist?

3         A    Around my waist.  Then he came and stuck his

4   hands down the backside of my pants, side of my pants, was

5   moving his hand around between my -- my buttocks, and I told

6   him -- I said, "You're all the way out of line.  You're

7   violating me."  I said, "This is unnecessary," and I turned

8   around.  He still had his hands inside my hands.  I turned

9   around --

10        Q    So you started to turn around and face the

11  officer then --

12        A    Yes.

13        Q    -- at that point?

14        A    Yes.  And he grabbed me, slammed me down to

15  the ground.

16        Q    Tell me what happened after he threw you to

17  the ground.

18        A    He threw me to the ground and immediately as

19  soon as I hit the ground, I hit my -- my head on the ground.

20  It was cold.  It was ice right there in that area, but I hit

21  the ground immediately.  I knew -- I threw my hands right

22  behind my back.  I didn't want no -- excuse me.  I didn't

23  want no, you know, misinterpretations about anything.  I had

24  my hands behind my back, and he had them.  But for some

25  reason, he refused -- it's like he didn't get his handcuffs

40

JENNINGS - RABELER

1    out to do anything, and that's when Darrin Ettinger ran from

2    around the other side, the passenger side of my car with

3    Willy Jones, came around, then he got down, kneeled down on

4    one knee on the side of me.  I'm trying to think.  I can't

5    tell what angle that is there, but I'm facing towards the --

6    I'm facing towards the -- like, you going to go out of the

7    parking lot, but when I turned to look while I'm on the

8    ground -- I can't really explain the angle to you

9    (indicating).  I don't have the, you know, the photos to show

10   you.

11           But while I'm on the ground, he comes around,

12   he kneels down on the side of me, but I'm angled, like, away,

13   because when I turned around, that's the angle he slammed me

14   to the ground, facing out towards the parking lot.  That's

15   when Darrin Ettinger came around, kneeled on the side of me,

16   and he struck me in the face with a closed fist.

17           Q    Okay.  Now, who put -- he knelt down.  He

18   didn't put his knee in your -- in the back of your knee?

19           A    No.  That was Jeremy Decker.

20           Q    And when --

21           A    I don't know if it was a knee or an elbow, I

22   said, but it felt like it could have been either, either one,

23   because the pressure that I was getting.

24           Q    Okay.  So that happened at what point?  When

25   was that elbow or knee in your --

41

JENNINGS - RABELER

1      A      When he was on -- Jeremy Decker was on top of

2  me.

3      Q      Okay, all right.  Tell me -- finish the rest.

4  What happened next?

5      A      Yeah.  He slammed me.  I threw my hands behind

6  my back, Darrin Ettinger ran around, struck me in the face,

7  and I turned and looked up.  He struck me in my face, and my

8  glasses turned and hit the ground.  I believe that's how they

9  came separated from the lens -- came separated from the

10  frame, but he picked me up -- they both picked me up, put me

11  back on the -- the passenger door.  I mean -- excuse me --

12  the driver's side door of my car, up against my car, and he

13  continued to search going inside of my pockets.

14      Q      And then what happened?

15      A      I was arrested.  He went inside of my left

16  pocket, and that's where he found contraband inside of my

17  left pants pocket.

18      Q      Did anyone else show up to this arrest, or was

19  it just the two police officers?

20      A      No, it was probably like 15 cars that was --

21  cop cars that was down there in the area that came down

22  there.  I believe two supervisors maybe.  It was -- it was --

23  it was a nice amount of officers down there.

24      Q      Did you have contact with any other officers

25  down there at the time besides -- it was Darrin Ettinger

42

JENNINGS - RABELER

1    and --

2           A    Just those two and then whatever sergeant that

3    came and was asking me the questions and taking pictures of

4    me.

5           Q    Okay.  So a sergeant came and he asked you

6    questions.  What did he ask you?

7           A    Ask me -- said, "Are you dying?  You got

8    broken bones?  And do, you know, medical -- do you need to go

9    to the hospital?"

10          Q    What did you tell the sergeant?

11          A    He asked me, said, "Are you dying?"

12               I, you know, looked at him and laughed and

13   said, "No."

14               "Do you have any broken bones?"

15               I said, "I don't know.  I don't feel like it,

16   like, it's just that I'm a little sore, my eye is a little

17   sore from your officer punching me in the eye."

18               And he said, "Do you want to go to the

19   hospital?"

20               I told him, "No."

21          Q    Okay.  Was that the last contact you with had

22   with -- well, from there, what happened?  Were you placed in

23   a police vehicle, or how did you --

24          A    Yeah.  After he conducted his search on me, I

25   was placed in the back -- in the back seat of their cruiser,

43

JENNINGS - RABELER

1   the police car.

2          Q    Okay.  That was before or after you talked to

3   the sergeant?

4          A    No.  I talked to the sergeant when I was

5   inside of the police vehicle.

6          Q    Okay.  So you were placed in the police

7   vehicle, and then you had your conversation with the sergeant

8   inside the police vehicle?

9          A    From the backseat, yes.

10         Q    I'm showing you a photograph that's been

11  marked Exhibit 1.  Do you recognize that photograph or

12  recognize --

13         A    I recognize myself, yes.

14         Q    Okay.  Do you know when this photograph was

15  taken?

16         A    Assuming January 5th, 2016.

17         Q    Is that how you appeared on that night?

18         A    Yes.

19         Q    Is that what you were wearing?

20         A    Yes.

21         Q    You mentioned that somebody took photographs

22  of you, a police officer.  Do you recall which police

23  officer?

24         A    No.

25         Q    Was this a sergeant, or a different officer?

44

JENNINGS - RABELER

1       A    I'm assuming it was a supervisor.  It was a

2   sergeant, but like I said, it was, like, 15 other cop cars

3   that was out there.

4       Q    Okay.  Does this show you -- was this picture

5   taken before or after you were brought down to the ground --

6       A    This is after.

7       Q    -- or struck?  This was after?

8       A    Yes.

9       Q    And those are the glasses that you were

10  wearing that night?

11      A    Yes.

12      Q    I am showing you Exhibit 3.  That's also a

13  photograph.  Can you tell me what that shows?

14      A    My right side of my face.  I believe that's my

15  right; right?

16      Q    Is that the side of the face that you were

17  struck on?

18      A    Yes.

19      Q    Can you just mark for me where your face was

20  struck by the officer, just draw a nice circle around it?

21      A    (Witness complies.)

22      Q    And you want to put your initials, like, right

23  down by the -- underneath --

24      A    (Witness complies.)

25      Q    Thank you.  Is that how you appeared after you

JENNINGS - RABELER

1   were struck?

2           A     Yes.

3           Q     Yes.  Is that how your glasses appeared after

4   you were struck?

5           A     I asked the officer to straighten them on my

6   face, but they were just like this (indicating).

7           Q     Okay.

8           A     But --

9           Q     So that's how they appeared after they were

10  put back on your face?

11          A     Right.  But I'm not sure if, you know, that's

12  the side because of the pictures, like, you can take a

13  picture of me this way, but -- but it would come out to

14  actually where my left is my right and my right is actually

15  my left (indicating).  So I'm assuming from the way this

16  photo was taken, that this is my right side, my actual right

17  side if you understand what I'm saying.

18          Q     Yeah, that turns out -- that would be your

19  left side when you turn the photograph around, so I'm --

20          A     But if it's correct --

21          Q     -- so that the exhibit number is in the upper

22  right-hand side.  So you're saying this isn't --

23          A     No.

24          Q     -- where you were struck?

25          A     No.  I'm saying I'm not sure.  I don't know in

46

JENNINGS - RABELER

1    regards to the photos if the actual side is the actual side.
2    That's what I'm -- I -- I don't know.  But looking at the
3    photo, that's my right side.
4           Q    You were struck on the left; correct?
5           A    I was struck on my left?
6           Q    Left side, is that what you told me?
7           A    No.
8           Q    You were struck on your right side?
9           A    I was struck on my right.  I never told you I
10   was struck on my left.
11          Q    All right, okay.  Now I'm getting mixed up.
12          A    All I was saying, I'm not sure how the picture
13   is taken.  Like, if you take a picture and then when you turn
14   the picture around and you're looking at that picture,
15   it's -- your left isn't actually your left; it is your right
16   side.  That's what I was saying.
17          Q    All right.  On Exhibit 1, can you identify for
18   me where you were struck by the officer?
19          A    Now, the way I'm facing, if I face this way,
20   this would be my right.  This would be my right side; correct
21   (indicating)?  Am I correct?
22          Q    Yeah --
23               CORRECTIONS OFFICER:  If you go like
24               that, this is (indicating).
25               THE WITNESS:  There we go.  Thank you?

47

JENNINGS - RABELER

1        A    That would be -- this would be my right; right
2    (indicating)?

3                    CORRECTIONS OFFICER:  Yeah.

4        A    My right.  That is what I was saying.  You
5    need me to circle that?

6        Q    Please do, where you were struck.

7        A    (Witness complies.)

8        Q    Thank you.  Exhibits 4 and 5 are also
9    photographs.  Do you recognize those or what's in those
10   pictures?

11       A    Yes.

12       Q    What's in those pictures?

13       A    Myself and the police cruiser.

14       Q    That was the night of the incident?

15       A    Correct.

16       Q    And it was after the -- after the physical --
17   after the physical incident took place between the officers
18   and you; correct?

19       A    Correct.

20       Q    All right.  Exhibit 2, same question.  Was
21   that the night of the incident?  Does that depict you the
22   night of the incident?

23       A    Yes.

24       Q    And that was also after you went to the
25   ground?

48

JENNINGS - RABELER

1          A    Yes.

2          Q    And after the officer struck you?

3          A    Correct.

4          Q    Okay.  Were you claiming any injuries to the

5     back of your head?

6          A    No.

7          Q    All right.  Were you claiming any injuries to

8     your wrists?

9          A    No.

10         Q    You talked about you had some injuries to your

11    rib?

12         A    Correct.

13         Q    How long did that last after the incident?

14    You said it took a few weeks before it showed up; right?

15         A    Yeah, for my body to, you know, fully come to

16    grips to the events from that night, yes.

17         Q    Okay.  So a few weeks after the incident you

18    started feeling pain in your rib?

19         A    Correct.

20         Q    And how long did that last for?

21         A    Still to this day.

22         Q    Okay.  Do you receive medical attention for

23    that?

24         A    No.

25         Q    You had -- you had a prior injury though that

49

JENNINGS - RABELER

1    caused that?

2              A    Correct.

3              Q    When did that prior injury happen?

4              A    2014, maybe, I believe.

5              Q    How did it come about that you injured your

6    rib in 2014?

7              A    I got into an altercation with an inmate.

8              Q    So you were incarcerated at the time that it

9    happened?

10             A    Yes.

11             Q    Where were you incarcerated?

12             A    2014, I believe in Cayuga.

13             Q    Cayuga?

14             A    Mm-hmm.

15             Q    Cayuga Correctional Facility?

16             A    Yes.

17             Q    Just -- and then you mentioned your knee as

18   well was the other injury, I believe?

19             A    Correct.

20             Q    And that started to hurt you a few weeks after

21   the incident?

22             A    Correct.

23             Q    Did you have a prior injury with your knee?

24             A    (Witness gesturing negatively.)

25             Q    Did you -- how long did that pain last in your

JENNINGS - RABELER

1   knee after it started to --

2          A     Still to this day.

3          Q     Can you describe how it feels?

4          A     Bad, stiffness, a pain.

5          Q     Does it stop you from walking?

6          A     No.

7          Q     Does it stop you -- is -- does it stop you

8   from doing any activities that you'd formally do?

9          A     To a degree.

10         Q     Explain that to me.

11         A     When you at the same pace, basketball, or

12  whatever, you know, long walks.

13         Q     How about your rib, does that stop you from

14  doing things that you formally would do?

15         A     Yes.  Certain exercises, sleeping, you know,

16  on my front too, or even lying on my frontal.

17         Q     Are you saying you are unable to lay on your

18  front side?

19         A     I can lay down on the floor, but the pain that

20  I would have from it, or sometimes when I stretch I, you

21  know, it really -- it really -- it really --

22         Q     Tell me what kind of pain it is.  Is it a dull

23  pain?  Is it a sharp pain?  What kind of pain?

24         A     You said dull pain?

25         Q     Yeah.  What kind -- how does it feel?

51

JENNINGS - RABELER

1   Describe it for me.

2           A    It's kind of hard to describe it, but it's a

3   pain.

4           Q    And that's another -- you haven't received any

5   medical attention for that?

6           A    No, I haven't.

7           Q    Tell me, your claim was partly based on the

8   officers having physical contact with you?

9           A    Yes.

10          Q    What else are you claiming was wrongful about

11  the police conduct?

12          A    The whole overall arrest.  The detainment

13  from, you know, as you can see, the way the vehicle was

14  pulled, and I was completely blocked off.  I mean, if you're

15  going to start talking about, you know, some of my rights

16  that I have to be free from, you know, illegal searches and

17  seizures, like, there was no legitimate reason for them to

18  even -- to even bother me, but if they was just inquiring,

19  once they asked the questions, that should have been it.  I

20  mean, that's not what they did.  I was pulled from my car,

21  and I was searched illegally.  My license and registration

22  was never even ran until after I was arrested.  Never had

23  probable cause to even pull me from my car.  I didn't have

24  any outstanding warrants, or nothing.  I wasn't issued any

25  type of traffic ticket or citation, infraction, or anything

52

JENNINGS - RABELER

1  in regards to further movements or even sitting in my car.

2  There was never a reason for me to be arrested to where you

3  were searching inside of my pockets.

4        Q    Did you know those officers before?

5        A    No.

6        Q    So you only learned their names after the

7  incident?

8        A    Correct, after I received police reports and

9  so forth and them coming to court and testifying.

10       Q    Were you on parole at the time that incident

11 happened?

12       A    Yes, yes.

13       Q    Was there anything else about the incident

14 that concerned you that was wrongful -- that you feel was

15 wrongful or unlawful or the way the police went about doing

16 it or --

17       A    Absolutely.  From the -- from the start to

18 finish.  I mean, far as them pulling up behind my vehicle,

19 blocking me off, for them running up to my friend,

20 Willy Jones, and start searching him immediately while he was

21 outside of my car -- or standing outside of my car getting

22 ready to go in the house, go home, for no reason.  He wasn't

23 arrested, like --

24       Q    Let me -- let me -- let me ask you this,

25 because I think one of your allegations was that race may

53

JENNINGS - RABELER

1   have been an issue.

2          A    Absolutely.

3          Q    Is that something that you're claiming?

4          A    Absolutely.  My neighborhood -- that

5   neighborhood is, you know, predominantly there's a lot of

6   African Americans that stay in that neighborhood, and there

7   is a lot of foreigners that also moved down there too that's

8   from Africa and, you know, there is not -- it's not that -- I

9   mean, I may be wrong, but probably about out of that whole

10  apartment complex as a whole, the Pioneer Homes, it may be

11  two white people that, you know, that stay down there.  But

12  other than that, it's predominately African American, black

13  individuals live down there.

14         Q    Okay.  So that is your basis for claiming that

15  this was racially motivated, that it was a predominantly

16  black neighborhood?  Is that what -- what is the basis?

17         A    Basically, I was, you know, they -- I -- they

18  was profiling.  I was profiled.  I mean, I was told that

19  there was drug activity and gang violence, that was the

20  reason, you know, that they was trying to see what was going

21  on and ascertain my business for being in the area once I

22  provided them with my reasons for me being in the area.

23  There was no reason that it should have escalated to them

24  pulling me out of my car and searching me when I provided

25  them with identification and gave them a legitimate reason

54

JENNINGS - RABELER

1    for being there in the area in the first place.

2         Q    Did they find any -- like, a scale in your

3    vehicle?  Did they find --

4         A    They said they got a scale covered in cocaine

5    out my vehicle, but I never had it.  I testified to that at

6    court.  I never was charged with the criminal charge of

7    criminal possession of drug paraphernalia in the second

8    degree.  There was never a criminal charge for it.  There was

9    never an actual laboratory test report conducted on this

10   scale with -- for fingerprints or for the actual substance.

11   But this is what they said their reason was for pulling me

12   out of my car and searching me, is because they seen probable

13   cause lying in plain view, but I was never criminally charged

14   with it, and there is no evidence to show that what you said

15   that it was -- cocaine was on it, was on it.  There was no

16   evidence to show this besides a scale that they did bring to

17   court which didn't belong to me.  But, I mean --

18        Q    Okay.  Now, the way you told me how the

19   incident happened, at no point did you actually flee, you

20   never ran anywhere?

21        A    No.  Those -- that charge was dismissed

22   against me, resisting around, that charge was dismissed.

23        Q    Were you claiming any other kinds of monitary?

24        A    As far as -- at the time I lost my financial

25   aid for school, I lost my job, you know, my family, you know,

55

JENNINGS - RABELER

1    they -- you know, went through some things as well as for,

2    you know, you money-wise to help me out with the situation,

3    with the lawyer, with paying my rent for me at my, you know,

4    my apartment that I had at the time.  I mean, you know, I

5    lost out on some -- I lost out on some major things, and I

6    had just gotten approved for a two-year associate's degree at

7    ITT Technical Institute at the time, and, you know, I lost

8    that, you know.  My car was impounded for, you know, as a

9    result of the -- the illegal search, you know.  I had to get

10   the car from the impound.  That was a couple thousand

11   dollars.  But, I mean --

12        Q     Now, do you have children?

13        A     Yes, I do.

14        Q     How many children do you have?

15        A     Two.

16        Q     Was there a claim with regard to that as well?

17        A     I believe so, as far as, you know, my family

18   having to, you know, step up and, you know, help me out in

19   regards to that, but I haven't been there for a past 15

20   months since the arrest.

21        Q     Tony, what is your date of birth?

22        A     7/18/82.

23        Q     Now, originally you provided us with a HIPAA

24   release to get your medical records from the Onondaga County

25   Justice Center.  I am going to show you that.  Take a look at

56

JENNINGS - RABELER

1   that, your signature.  What I want to do, and you can take a

2   look, I'm showing you another one, and the reason I'm

3   redoing -- I'm asking you to redo the release is because --

4   let me see here.  The paralegal put this together for me.

5   I'm marking the box "other" and putting down "medical

6   records," and -- okay.  What I'm asking you to do -- I'm

7   showing you the release you originally signed dated

8   December 6, 2016, and the Onondaga County Justice Center said

9   that we would -- my understanding is what we were told --

10  because it wasn't firsthand told to me, but that it would be

11  faster for them to be able to produce it if you initial -- if

12  you're willing to release your alcohol, mental heath, and HIV

13  records to us, and if you initial here, so your initials

14  here, that was not originally initialed here (indicating) --

15         A    I felt that wasn't needed in regards to, you

16  know, my medical records.

17         Q    Okay.  So what you're telling me is you don't

18  want to release these things to us?

19         A    Correct.

20         Q    Okay.

21         A    I mean, is there a reason?  Is there --

22  what --

23         Q    Well, you know, mental health records, if

24  there's an issue with mental health, that would be -- that

25  would be relevant in terms of determining your ability to

57

JENNINGS - RABELER

1    tell the truth.  It could be, you know, it could be relevant

2    for us.  It's up to you.  If you don't want to release those

3    things, that's your choice.

4            A    Okay.

5            Q    But it won't -- we won't be able to

6    investigate -- well, let's see here.  All right.  So the

7    previous one does say -- it says, you know, you signed, it

8    said the entire medical record, but didn't initial.  So we

9    can -- I think that's fine if that's -- that's dated

10   December 6th, and it goes until the final disposition.

11           A    Correct.

12           Q    So we'll just go with that.  And there was no

13   place else -- I had additional HIPAA releases with me, but

14   you indicated there was no other place where you received

15   treatment?

16           A    Correct.

17           Q    Okay.  The only place -- the only other place

18   was for this 2014 rib incident.  Do you -- will you sign a --

19   sign a release for me for those records?

20           A    It was never reported.

21           Q    Your rib injury was never reported?

22           A    It was never reported.

23           Q    You didn't receive --

24           A    No.

25           Q    -- medical treatment at Cayuga for that?

58

JENNINGS - RABELER

1           A    No.

2           Q    Did you ever get x-rays to show that you had a

3    fractured rib?

4           A    Yes, I did.

5           Q    Do you know where you had that done?

6           A    That was -- actually, that was -- I believe it

7    was -- no, it wasn't here.  I'm not sure.  I'm not sure.  I

8    can't think of it at the time -- at this time.

9           Q    I think you said it was -- you thought it was

10   in Cayuga Correctional?

11          A    No, that's where the incident happened.

12          Q    Okay.  But you didn't receive medical

13   treatment there?

14          A    No, I didn't.

15          Q    Okay.  After you were released, then did you

16   perhaps get x-rays?

17          A    Yes.  That's when it was, but I can't

18   remember -- I can't remember where.

19          Q    Crouse?  Upstate?  Was it in the City of

20   Syracuse?

21          A    It was in Syracuse, but I can't --

22          Q    It was in Syracuse?

23          A    Yes.  I can't remember exactly where.

24          Q    So Crouse Hospital?  Upstate?

25          A    Crouse, my mother works at Crouse.

59

JENNINGS - RABELER

1          Q     Was it at Crouse?

2          A     No.  Excuse me.  Upstate -- it wasn't at

3     Crouse or Upstate, no.

4          Q     St. Joes?

5          A     No.  I know where all those hospitals is, no.

6          Q     Okay.  So you don't know where you got your --

7          A     I can't remember.

8          Q     -- x-rays?  Okay.  Is there anything else you

9     want to add?

10         A     No.

11         Q     Okay.

12         A     I mean, currently right now there is an open

13    civil suit as well in -- against -- not the City, but in

14    regards to these officers, and they've been served letters by

15    United States Marshals in regards to a complaint that was

16    filed federally through a 1983 as well, so ...

17         Q     Okay.  So you're telling me you have a federal

18    civil rights claim out there?

19         A     Correct.  In regards to --

20         Q     Okay.  Do you have an attorney in regard to

21    that?

22         A     Not at this time, no.

23         Q     Did anyone help you file those papers?

24         A     I did it myself.

25         Q     You did it yourself?

JENNINGS - RABELER

1           A      Correct.  But I haven't talked to, you know,

2    family members yet since I've been here, and I'm in the

3    process of moving at the same time, so I'm not sure if family

4    members might have came across an attorney, but I gave them

5    some, you know -- I mentioned some people and I believe they

6    had a few people as well that they were going to, you know,

7    pursue.  So I'm not sure yet if -- I haven't received

8    anything yet.  Like, some of my mail is still catching up to

9    me, you know, now that I'm here.

10          Q      Okay.

11          A      And then I'm leaving here today for tomorrow,

12   or Sunday for Monday.

13          Q      So do you have any paperwork with you now

14   here?

15          A      Yes, I do.

16          Q      With regard to that?

17          A      Yes, I do.

18          Q      When you get situated, can you forward that so

19   that I can see it?

20          A      Absolutely.  I was assigned two judges in

21   regards to it.  I believe it's open.  It's open to where if

22   you type in my name, it comes up online.  It's open.  It's

23   not private.

24          Q      Do you know if it's Federal Court, Northern

25   District of New York?

61

JENNINGS - RABELER

1       A      Northern District of New York.  Magistrate

2   Judge David Peebles and something Con --

3       Q      Is that -- are you sure this is something --

4   this is a civil rights and not an appeal from your criminal

5   conviction?

6       A      No, no.

7       Q      This is separate?

8       A      That's -- that's --

9       Q      That's different?

10       A      That's different.  That's the public division,

11   and I received information in regards to that yesterday, and

12   it just caught up with me.

13       Q      Okay.

14       A      And that's active right now.  They assigned

15   it -- assigned me a case number and two judges, so it's

16   online where you would be able to pull that information up

17   just by punching in my name, you know, in regards to the

18   Northern District -- the United States District Court of the

19   Northern District of New York, that would pop up.

20                   MS. RABELER:  Okay.

21                   THE WITNESS:  All set?

22                   MS. RABELER:  Thank you.

23              (Whereupon the witness was excused.)

24

25

62

1                    C E R T I F I C A T I O N

2

3

4          I, ABBY C. KOHLER, Court Reporter and Notary

5    Public in and for the State of New York, DO HEREBY CERTIFY

6    that I attended the foregoing proceedings, took stenographic

7    notes of the same, that the foregoing is a true and correct

8    copy of same and the whole.

9

10

11

12

13

14

15

16

17

18          _____
            ABBY C. KOHLER, Court Reporter

19

20

21

22

23   Dated:  April 26, 2017

24

25

```
CORRECTIONS OFFICER:
[2]   46/22 47/2
MS. RABELER: [2]
61/19 61/21
THE WITNESS: [2]
46/24 61/20

-

--------------------
--------------------
-------x [2]   1/1 1/7
-against [1]   1/4

1

119 [2]   18/10 30/2
13202 [1]   1/16
15 [4]   25/17 41/20
44/2 55/19
17 [2]   2/24 4/4
1879 [1]   1/9
1982 [1]   29/16
1983 [1]   59/16
1992 [2]   29/15 29/17

2

2003 [1]   22/9
2014 [4]   49/4 49/6
49/12 57/18
2016 [3]   14/8 43/16
56/8
2017 [2]   1/9 62/23
221 [1]   3/7
233 [1]   1/16
26 [1]   62/23

3

3/30/17 [1]   4/4
30 [1]   1/9
3116 [1]   3/19

5

50 [1]   3/4
50-h [1]   1/8
5:20 [1]   21/4
5th [3]   8/6 17/4
43/16

6

60 [1]   2/24
61 [1]   2/3
6:30-ish [1]   21/18
6:40 [1]   21/8
6th [1]   57/10

7

7/18/82 [1]   55/22

8

82 [1]   55/22

A

Abby [3]   1/10 62/4
```

```
62/18
Abby C. Kohler [1]
1/10
ability [1]   56/25
able [6]   6/16 13/13
31/13 56/11 57/5
61/16
about [33]   6/8 6/14
6/24 10/12 12/16
15/5 15/10 17/7
17/15 17/16 17/17
21/1 21/17 21/20
21/23 22/6 25/15
31/5 31/10 31/18
31/21 35/21 37/11
37/20 39/23 48/10
49/5 50/13 51/10
51/15 52/13 52/15
53/9
Absolutely [5]   15/2
52/17 53/2 53/4
60/20
accident [2]   16/10
24/19
ACK [1]   4/4
across [1]   60/4
acting [2]   38/23
38/24
action [1]   3/13
active [1]   61/14
activities [1]   50/8
activity [2]   27/2
53/19
actual [6]   6/10
45/16 46/1 46/1 54/9
54/10
actually [7]   29/9
30/20 45/14 45/14
46/15 54/19 58/6
Acura [1]   22/9
add [1]   59/9
addition [1]   3/10
additional [1]   57/13
address [1]   28/21
adrenaline [1]   14/19
Africa [1]   53/8
African [2]   53/6
53/12
after [35]   14/2 14/5
14/14 14/16 14/19
14/21 14/21 16/10
17/4 19/17 21/4 21/9
27/1 39/16 42/24
43/2 44/5 44/6 44/7
44/25 45/3 45/9
47/16 47/16 47/17
47/24 48/2 48/13
48/17 49/20 50/1
51/22 52/6 52/8
58/15
again [2]   5/1 5/5
against [13]   1/4 4/9
5/6 5/25 6/1 6/3 6/5
```

```
7/10 7/13 27/5 41/12
54/22 59/13
ahead [6]   5/9 5/16
25/8 26/20 35/1 38/8
aid [1]   54/25
Ain't [1]   38/21
air [7]   19/1 20/13
20/16 21/7 22/18
23/20 23/21
alcohol [1]   56/12
all [39]   3/6 4/24
6/18 6/20 7/25 7/25
9/12 9/19 9/20 13/15
16/23 18/6 20/17
20/23 22/6 23/11
24/1 25/5 27/2 27/2
33/14 33/15 34/24
35/21 37/1 37/8
37/17 38/25 39/1
39/6 41/3 46/11
46/12 46/17 47/20
48/7 57/6 59/5 61/21
allegations [1]
52/25
alleging [1]   6/5
almost [1]   18/11
along [3]   9/19 9/20
13/3
also [4]   44/12 47/7
47/24 53/7
altercation [1]   49/7
always [2]   29/18
29/19
am [6]   36/18 37/4
38/14 44/12 46/21
55/25
ambulance [1]   12/6
American [1]   53/12
Americans [1]   53/6
amount [1]   41/23
angle [5]   24/8 30/17
40/5 40/8 40/13
angled [2]   30/21
40/12
another [6]   15/7
15/19 30/19 30/21
51/4 56/2
answer [2]   4/15 37/5
any [28]   3/8 3/9
3/10 3/11 10/4 11/6
11/15 11/21 12/3
13/19 14/13 15/7
18/13 22/23 24/10
25/12 28/14 41/24
42/14 48/4 48/7 50/8
51/4 51/24 51/24
54/2 54/23 60/13
anyone [2]   41/18
59/23
anything [22]   4/21
6/2 11/3 11/5 12/6
12/16 20/11 27/4
27/21 27/25 28/4
```

Tony Jennings

**A**

anything... [11]
28/6 34/9 35/10 36/1
37/5 39/23 40/1
51/25 52/13 59/8
60/8
anyways [2]   22/5
24/8
anywhere [1]   54/20
apartment [6]   29/15
30/4 30/7 31/11
53/10 55/4
apartments [1]   29/21
apparent [2]   6/16
12/4
appeal [2]   7/22 61/4
appear [2]   13/1 13/2
appearance [1]   5/11
appeared [4]   43/17
44/25 45/3 45/9
applying [1]   8/6
approved [1]   55/6
April [1]   62/23
are [29]   5/4 5/5
5/24 6/1 6/1 6/5 6/9
6/13 8/16 10/10
11/18 12/21 17/2
28/12 33/16 33/17
34/4 37/3 37/11
38/11 38/15 42/7
42/11 44/9 47/8
50/17 50/17 51/10
61/3
area [10]   14/18
19/23 29/25 38/1
38/6 39/20 41/21
53/21 53/22 54/1
areas [1]   14/6
argued [1]   7/20
army [2]   36/15 37/7
around [41]   8/10 9/7
16/4 16/5 20/18
20/24 21/2 21/2 21/3
21/6 21/8 21/18 23/3
23/10 24/25 29/3
32/16 32/16 33/1
33/5 35/23 36/9 37/8
37/9 38/25 39/2 39/3
39/5 39/8 39/9 39/10
40/2 40/3 40/11
40/13 40/15 41/6
44/20 45/19 46/14
54/22
arrest [19]   6/8 7/7
13/22 13/24 14/14
14/16 17/1 17/4 18/7
21/8 30/1 36/13
36/18 37/4 38/14
38/16 41/18 51/12
55/20
arrested [5]   14/14
41/15 51/22 52/2

52/23
as [43]   3/8 4/1 4/2
6/6 6/12 7/4 8/3
8/19 8/19 10/5 10/24
13/8 17/5 17/5 17/13
25/9 29/16 29/16
29/23 29/25 30/9
30/9 31/5 31/14
32/14 32/14 39/18
39/19 49/17 51/13
52/18 53/10 54/24
54/24 55/1 55/1 55/8
55/16 55/17 55/17
59/13 59/16 60/6
ascertain [1]   53/21
ask [7]   4/22 11/11
15/10 27/3 42/6 42/7
52/24
asked [12]   4/21
11/18 18/21 33/21
34/12 34/22 35/15
36/3 42/5 42/11 45/5
51/19
asking [9]   4/20 6/18
11/12 33/15 33/19
37/3 42/3 56/3 56/6
assault [1]   6/22
assaulted [1]   6/23
assigned [3]   60/20
61/14 61/15
assist [1]   16/5
assistance [2]   11/6
11/7
assisting [1]   32/9
associate's [1]   55/6
associated [2]   2/24
5/10
assuming [3]   43/16
44/1 45/15
at [86]
attended [1]   62/6
attention [8]   10/15
10/18 10/20 10/23
11/25 14/22 48/22
51/5
attorney [4]   3/24
4/8 59/20 60/4
attorneys [2]   1/15
3/4
audibly [1]   4/15
Ave [2]   18/10 30/2
away [5]   6/17 14/4
31/10 31/18 40/12

**B**

back [34]   8/8 8/8
14/9 14/17 16/4 19/2
20/18 20/23 20/25
21/5 21/6 21/13
21/14 21/15 22/3
22/15 23/2 23/3 32/8
32/12 32/12 34/1
34/16 34/19 37/9

39/22 39/24 40/18
41/6 41/11 42/25
42/25 45/10 48/5
backseat [1]   43/9
backside [1]   39/4
bad [2]   36/8 50/4
Bakery [2]   18/13
18/16
banged [1]   8/4
bar [1]   3/12
based [2]   6/11 51/7
basically [6]   6/12
6/19 6/21 19/23 33/9
53/17
basis [2]   53/14
53/16
basketball [2]   20/16
50/11
bat [1]   30/6
batteries [1]   19/1
battery [6]   20/18
20/19 21/6 21/7 23/3
23/10
be [33]   3/5 3/12
3/14 3/18 3/19 3/24
4/20 13/1 13/2 14/7
21/3 21/18 28/15
34/17 34/24 38/19
45/18 46/20 46/20
47/1 47/1 51/16 52/2
53/9 53/10 56/10
56/11 56/24 56/25
57/1 57/1 57/5 61/16
beared [3]   14/24
14/24 16/25
because [24]   5/9
7/21 14/13 14/23
20/14 21/4 21/8
21/19 22/21 23/1
24/6 29/15 31/3
31/12 33/12 35/20
36/6 40/13 40/23
45/12 52/25 54/12
56/3 56/10
been [16]   4/10 12/24
24/17 24/19 25/2
25/19 30/1 32/20
32/22 40/22 43/10
51/19 53/1 55/19
59/14 60/2
before [15]   1/10
3/15 3/16 4/11 5/11
14/4 14/11 14/12
32/19 32/23 37/10
43/2 44/5 48/14 52/4
began [2]   20/12
36/10
begun [1]   3/16
behind [17]   6/15
13/25 18/16 19/22
19/24 24/9 24/14
24/15 24/22 25/2
25/3 25/5 34/10

Tony Jennings

**B**

behind... [4]   39/22 39/24 41/5 52/18
being [12]   3/15 3/25 4/2 7/20 8/7 11/8 13/24 14/7 28/12 53/21 53/22 54/1
believe [15]   5/21 8/20 10/6 23/8 32/8 41/8 41/22 44/14 49/4 49/12 49/18 55/17 58/6 60/5 60/21
belong [1]   54/17
below [2]   37/22 38/5
besides [4]   12/1 23/8 41/25 54/16
between [6]   3/3 5/20 5/21 5/22 39/5 47/17
birth [1]   55/21
bit [2]   14/9 20/19
black [3]   22/9 53/12 53/16
bleeding [1]   10/5
block [2]   31/18 31/19
blocked [5]   6/16 24/10 25/10 25/10 51/14
blocking [4]   32/17 33/13 34/10 52/19
Board [1]   5/12
body [4]   14/21 16/22 17/3 48/15
bolt [1]   23/9
bone [5]   9/9 12/3 24/20 24/21 25/4
bones [4]   8/21 11/21 42/8 42/14
born [2]   29/10 29/24
both [9]   26/2 26/14 26/16 26/18 27/9 27/9 27/9 27/13 41/10
bother [1]   51/18
bothers [1]   15/12
box [3]   22/18 23/19 56/5
bring [1]   54/16
broke [1]   12/22
broken [7]   8/19 8/20 8/21 11/21 12/3 42/8 42/14
brother [1]   29/8
brought [1]   44/5
brow [1]   9/17
building [4]   30/5 30/14 30/15 31/1
buildings [4]   30/16 30/16 30/20 31/4
bunch [1]   33/19
Burt [5]   19/22 19/25

20/3 20/4 20/5
business [3]   34/5 34/8 53/21
but [69]
buttocks [1]   39/5

**C**

c. [1]   1/10
call [1]   18/20
called [3]   4/1 12/5 19/25
callus [2]   14/5 14/10
came [18]   6/17 8/11 11/10 14/19 15/13 18/21 18/23 19/17 37/9 39/3 40/3 40/15 41/9 41/9 41/21 42/3 42/5 60/4
can [30]   4/16 5/1 9/25 13/4 19/19 20/16 22/2 22/4 22/5 22/13 22/21 23/11 24/7 24/8 28/9 29/16 30/8 33/8 33/25 44/13 44/19 45/12 46/17 50/3 50/19 51/13 56/1 57/9 60/18 60/19
can't [19]   4/16 8/7 10/11 13/6 13/7 16/22 23/1 26/6 28/10 32/18 33/12 40/4 40/8 58/8 58/17 58/18 58/21 58/23 59/7
car [83]
card [2]   34/23 35/4
cargo [1]   37/21
cars [6]   25/12 25/15 26/4 41/20 41/21 44/2
case [4]   2/24 7/8 7/9 61/15
catching [1]   60/8
caught [1]   61/12
cause [2]   51/23 54/13
caused [1]   49/1
Cayuga [5]   49/12 49/13 49/15 57/25 58/10
center [10]   10/19 12/9 12/10 17/6 17/9 17/10 18/3 18/4 55/25 56/8
Central [3]   19/12 19/13 19/14
Certain [1]   50/15
CERTIFY [1]   62/5
chance [2]   5/19 18/13
changes [1]   17/3

charge [5]   3/25 54/6 54/8 54/21 54/22
charged [2]   54/6 54/13
charger [2]   22/19 23/19
charges [1]   7/13
checked [2]   12/13 35/9
chest [1]   36/20
child [1]   29/3
children [2]   55/12 55/14
choice [1]   57/3
circle [2]   44/20 47/5
citation [1]   51/25
Citizen [1]   5/11
CITY [13]   1/5 4/7 4/8 4/9 5/6 5/14 5/25 6/2 6/3 6/5 7/10 58/19 59/13
city's [2]   6/6 18/11
civil [3]   59/13 59/18 61/4
claim [10]   4/9 5/6 5/20 5/22 6/3 6/11 7/10 51/7 55/16 59/18
Claimant [2]   1/3 1/13
claimed [1]   6/25
claiming [8]   6/13 8/16 48/4 48/7 51/10 53/3 53/14 54/23
claims [1]   5/25
clarify [2]   7/23 14/25
clear [1]   15/1
closed [2]   16/7 40/16
CLS [1]   22/9
coat [2]   36/15 36/20
coattail [2]   37/7 38/24
cocaine [2]   54/4 54/15
coerced [1]   36/7
cold [4]   8/5 15/23 20/22 39/20
colors [1]   26/9
come [5]   16/5 32/11 45/13 48/15 49/5
comes [3]   32/16 40/11 60/22
coming [5]   8/10 10/24 16/4 32/7 52/9
Community [1]   10/19
compartment [2]   34/23 35/3
complaint [2]   17/14 59/15
completely [3]   24/16

Tony Jennings

**C**

completely... [2]
25/3 51/14
complex [2]   31/6
53/10
complexes [1]   31/3
complies [3]   44/21
44/24 47/7
Con [1]   61/2
concerned [1]   52/14
conduct [2]   3/7
51/11
conducted [3]   7/6
42/24 54/9
confused [1]   19/4
connect [2]   18/25
20/18
connected [1]   30/18
constitutional [1]
9/1
contact [3]   41/24
42/21 51/8
continued [2]   37/2
41/13
contraband [1]   41/16
controlled [1]   3/19
conversation [1]
43/7
conviction [2]   5/22
61/5
cop [2]   41/21 44/2
copy [3]   2/24 3/23
62/8
corner [1]   9/13
CORPORATION [1]   1/14
correct [55]   7/5 7/6
7/11 7/14 7/16 7/19
15/4 15/6 15/18
16/11 16/14 16/17
16/19 17/11 17/20
17/23 17/25 18/3
19/6 19/8 21/11
22/18 24/13 24/21
24/23 25/21 25/23
26/1 26/19 27/15
28/20 29/14 35/18
37/23 37/25 45/20
46/4 46/20 46/21
47/15 47/18 47/19
48/3 48/12 48/19
49/2 49/19 49/22
52/8 56/19 57/11
57/16 59/19 60/1
62/7
Correctional [3]   1/9
49/15 58/10
corridor [1]   31/21
could [6]   20/21
25/19 30/5 40/22
57/1 57/1
couldn't [1]   21/10
counsel [4]   1/14

3/18 5/10 5/17
county [3]   10/10
55/24 56/8
couple [2]   16/24
55/10
court [26]   1/10 2/24
4/9 4/12 4/12 7/8
7/9 7/15 18/17 18/23
19/7 21/15 24/8
30/10 30/15 30/17
30/21 31/5 31/15
52/9 54/6 54/17
60/24 61/18 62/4
62/18
covered [1]   54/4
CPLR [2]   3/6 3/19
CRB [1]   5/11
criminal [5]   7/15
54/6 54/7 54/8 61/4
criminally [1]   54/13
Crouse [6]   58/19
58/24 58/25 58/25
59/1 59/3
cruiser [4]   24/10
25/11 42/25 47/13
curb [6]   22/14 22/21
22/22 23/15 23/16
24/12
currently [3]   7/20
7/21 59/12

**D**

Dablon [1]   30/13
Darrin [11]   6/23
16/4 26/15 27/10
32/10 32/16 33/1
40/1 40/15 41/6
41/25
Darrin Ettinger [5]
6/23 16/4 27/10
32/10 33/1
date [1]   55/21
dated [3]   56/7 57/9
62/23
David [1]   61/2
Davis [1]   1/10
day [4]   10/21 15/12
48/21 50/2
dealing [1]   21/5
December [2]   56/8
57/10
December 6 [1]   56/8
December 6th [1]
57/10
decided [1]   32/14
Decker [9]   16/6
26/15 27/10 32/9
32/15 33/4 33/5
40/19 41/1
deemed [1]   3/18
degree [3]   50/9 54/8
55/6
department [3]   1/15

6/7 17/6
depict [1]   47/21
deposed [1]   4/11
deposition [3]   3/14
3/17 3/22
Depositions [1]   3/7
describe [5]   9/6
9/25 50/3 51/1 51/2
describing [1]   25/6
details [1]   6/24
detainment [1]   51/12
determine [2]   10/9
11/22
determining [1]
56/25
developed [2]   14/5
14/10
Dewey [2]   18/10 30/2
did [77]
didn't [29]   11/4
12/2 12/3 13/22 14/1
14/6 14/12 14/22
15/24 16/23 20/17
23/3 23/7 27/3 27/6
29/18 29/18 34/8
36/8 39/22 39/22
39/25 40/18 51/23
54/17 57/8 57/23
58/12 58/14
different [7]   13/21
16/24 29/21 29/22
43/25 61/9 61/10
difficult [1]   13/9
digging [2]   26/25
32/4
directly [1]   24/9
dismissed [2]   54/21
54/22
disposition [1]
57/10
distance [2]   31/20
31/22
District [5]   60/25
61/1 61/18 61/18
61/19
division [1]   61/10
do [56]   3/17 4/25
5/5 7/3 10/25 11/21
11/25 21/12 21/21
21/23 23/22 23/25
26/4 26/9 27/7 27/7
27/11 27/16 28/6
28/12 28/21 28/23
29/7 34/8 35/1 36/1
36/4 36/5 36/11
36/12 40/1 42/8 42/8
42/14 42/18 43/11
43/14 43/22 47/6
47/9 48/22 50/8
50/14 55/12 55/13
55/14 56/1 56/6
57/18 58/5 59/20
60/13 60/15 60/17

Tony Jennings

**D**

do... [2]   60/24 62/5
does [8]   44/4 47/21
 50/5 50/7 50/7 50/13
 50/25 57/7
doing [13]   27/18
 28/3 28/12 28/14
 28/15 28/16 33/16
 34/4 36/13 38/11
 50/8 50/14 52/15
dollars [1]   55/11
don't [25]   4/21 8/20
 11/23 25/16 26/10
 28/4 28/10 28/22
 28/24 30/3 30/5 30/7
 30/9 34/3 34/15 35/1
 40/9 40/21 42/15
 42/15 45/25 46/2
 56/17 57/2 59/6
done [1]   58/5
door [12]   22/9 24/25
 25/1 25/2 27/20 32/6
 32/14 32/15 33/7
 35/5 41/11 41/12
door's [1]   33/10
doorjamb [2]   32/17
 33/6
dope [1]   33/17
down [36]   4/16 5/2
 13/20 14/19 15/13
 15/20 15/22 15/23
 16/6 16/6 18/21
 18/23 19/17 28/16
 29/9 29/10 29/25
 29/25 33/18 39/4
 39/14 40/3 40/3
 40/12 40/17 41/21
 41/21 41/23 41/25
 44/5 44/23 50/19
 53/7 53/11 53/13
 56/5
downstairs [1]   31/7
downtown [1]   12/7
draw [1]   44/20
driver [3]   25/1 25/2
 27/19
driver's [5]   34/13
 34/20 34/25 35/6
 41/12
dropping [1]   34/1
drove [1]   19/9
drug [2]   53/19 54/7
drugs [3]   27/2 28/13
 34/7
dull [2]   50/22 50/24
duly [1]   4/2
duplex [1]   31/6
dying [5]   11/13
 11/19 12/3 42/7
 42/11

**E**

East [1]   1/16

edge [1]   9/15
effects [1]   17/4
either [4]   13/7
 25/20 40/22 40/22
elbow [3]   8/8 40/21
 40/25
Elmira [2]   1/9 1/10
else [8]   12/16 23/17
 35/7 41/18 51/10
 52/13 57/13 59/8
end [1]   16/4
ended [1]   18/17
entire [2]   17/9 57/8
error [1]   7/21
escalated [1]   53/23
ESQ [1]   1/17
essentially [2]
 24/24 37/24
Ettinger [11]   6/23
 16/4 26/15 27/10
 32/10 32/16 33/1
 40/1 40/15 41/6
 41/25
even [7]   27/6 50/16
 51/18 51/18 51/22
 51/23 52/1
evening [3]   8/1
 10/21 13/19
events [1]   48/16
ever [5]   12/25 14/22
 32/20 32/22 58/2
every [3]   9/10 32/6
 32/10
everything [5]   5/2
 14/19 15/15 33/19
 35/7
evidence [2]   54/14
 54/16
exact [1]   30/7
exactly [5]   9/24
 24/18 30/8 31/13
 58/23
examination [5]   2/2
 3/9 3/12 3/16 3/24
examined [2]   3/15
 3/25
except [2]   3/8 33/19
excuse [6]   12/8 24/2
 37/9 39/22 41/11
 59/2
excused [1]   61/23
exercises [1]   50/15
exhibit [10]   2/14
 2/16 2/17 2/19 4/3
 43/11 44/12 45/21
 46/17 47/20
Exhibit 1 [1]   43/11
Exhibit 2 [1]   47/20
Exhibit 3 [1]   44/12
Exhibits [1]   47/8
exit [2]   32/22 32/25
experience [1]   14/13
experienced [1]   9/9

experiencing [2]
 13/21 14/1
explain [2]   40/8
 50/10
explained [1]   12/5
eye [20]   9/8 9/13
 9/22 10/1 10/1 10/2
 11/17 12/1 15/3
 15/17 16/8 16/10
 16/16 17/7 17/8
 17/18 17/19 17/21
 42/16 42/17
eyebrow [2]   9/18
 9/20

**F**

face [27]   8/11 8/14
 8/19 8/25 9/25 11/17
 12/4 12/11 15/14
 15/16 15/19 15/21
 15/22 15/24 16/9
 16/13 16/15 39/10
 40/16 41/6 41/7
 44/14 44/18 44/19
 45/6 45/10 46/19
Facility [2]   1/9
 49/15
facing [4]   40/5 40/6
 40/14 46/19
failure [2]   3/10
 3/17
familiar [1]   18/12
family [4]   54/25
 55/17 60/2 60/23
far [9]   8/3 8/19
 17/5 29/16 30/9
 31/10 52/18 54/24
 55/17
faster [1]   56/11
federal [5]   2/24
 4/12 4/12 59/17
 60/24
federally [1]   59/16
feel [9]   9/6 12/1
 12/2 12/3 14/17
 16/20 42/15 50/25
 52/14
feeling [2]   17/3
 48/18
feelings [1]   13/21
feels [1]   50/3
feet [2]   31/23 31/25
felt [2]   40/22 56/15
few [4]   48/14 48/17
 49/20 60/6
Fifty [2]   31/23
 31/25
Fifty feet [2]   31/23
 31/25
fight [1]   12/25
file [1]   59/23
filed [2]   5/6 59/16
filing [2]   3/21 5/20

Tony Jennings

**F**

filled [1]   19/19
final [1]   57/10
financial [1]   54/24
find [2]   54/2 54/3
fine [6]   12/1 13/2
 16/14 16/15 20/21
 57/9
fingerprints [1]
 54/10
finish [3]   4/25 41/3
 52/18
fire [1]   29/15
first [7]   6/25 19/16
 35/20 35/25 36/21
 36/23 54/1
firsthand [1]   56/10
fist [2]   16/7 40/16
five [7]   21/3 21/4
 21/20 22/7 25/17
 30/20 30/20
fixed [2]   12/23
 12/24
flashed [1]   34/21
flashing [1]   32/7
flashlight [2]   32/11
 34/21
flee [1]   54/19
floor [1]   50/19
following [1]   6/10
follows [1]   4/2
football [1]   20/16
foregoing [2]   62/6
 62/7
foreigners [1]   53/7
form [3]   3/9 35/3
 35/4
formally [2]   50/8
 50/14
forth [1]   52/9
forward [1]   60/18
found [1]   41/16
four [4]   30/16 30/23
 30/23 30/25
fractured [3]   14/4
 14/10 58/3
frame [2]   13/5 41/10
Frames [1]   19/25
free [1]   51/16
friend [4]   18/20
 26/13 33/24 52/19
frisk [1]   36/12
front [10]   19/14
 24/14 31/1 31/13
 33/13 36/20 37/9
 39/1 50/16 50/18
frontal [2]   15/14
 50/16
fully [1]   48/15
fumes [1]   33/25
funny [1]   24/8
furnished [1]   3/24

further [4]   3/23
 31/14 38/19 52/1

**G**

game [1]   22/3
gang [3]   27/2 33/18
 53/19
gas [17]   18/24 19/9
 19/15 19/16 19/19
 19/19 19/22 19/23
 19/24 20/6 20/13
 22/2 22/4 22/5 22/13
 22/21 23/11
gave [4]   33/25 34/20
 53/25 60/4
General [1]   3/5
Genesee [1]   18/14
gestures [1]   4/16
gesturing [1]   49/24
get [37]   6/17 6/24
 10/10 10/11 12/23
 15/1 18/6 18/25 19/1
 20/12 20/23 21/5
 21/6 21/6 21/10 22/2
 22/2 22/4 23/1 23/2
 23/2 23/9 32/14
 32/15 32/18 33/10
 33/12 34/17 34/24
 36/4 37/10 39/25
 55/9 55/24 58/2
 58/16 60/18
getting [8]   20/13
 22/14 28/14 33/17
 36/3 40/23 46/11
 52/21
girlfriend [4]   18/23
 19/3 28/18 29/12
give [5]   11/2 11/4
 18/24 20/22 34/15
giving [1]   33/24
glasses [11]   8/12
 9/10 12/18 12/21
 12/23 13/1 13/8
 13/13 41/8 44/9 45/3
glove [2]   34/23 35/2
go [23]   5/9 5/16
 6/25 9/10 14/9 20/2
 20/6 22/3 25/8 26/20
 32/15 33/23 34/17
 35/1 38/8 40/6 42/8
 42/18 46/23 46/25
 52/22 52/22 57/12
goes [1]   57/10
going [23]   4/20 6/25
 12/6 20/22 22/4
 26/25 32/3 32/11
 32/12 32/13 33/10
 33/18 36/14 36/17
 37/3 38/20 38/21
 40/6 41/13 51/15
 53/20 55/25 60/6
gonna [1]   12/7
good [2]   4/6 35/10

got [34]   12/24 16/6
 19/12 19/13 19/18
 20/25 22/5 22/13
 22/17 22/22 28/13
 28/13 28/14 30/21
 33/16 33/17 34/7
 34/7 34/13 34/19
 34/22 35/3 35/13
 35/14 35/14 36/6
 37/6 37/6 37/18 40/3
 42/7 49/7 54/4 59/6
gotten [1]   55/6
grabbed [3]   37/10
 38/25 39/14
grip [1]   23/1
grips [1]   48/16
ground [22]   8/4 8/15
 8/16 14/1 14/8 15/15
 15/15 15/22 15/23
 23/14 39/15 39/17
 39/18 39/19 39/19
 39/21 40/8 40/11
 40/14 41/8 44/5
 47/25
guns [4]   27/2 28/13
 33/17 34/7
guys [7]   28/13 28/13
 28/15 33/16 34/4
 38/17 38/18

**H**

had [38]   5/10 5/19
 8/7 8/8 8/11 13/24
 14/4 14/10 15/3
 20/14 21/3 21/18
 22/2 22/20 22/23
 23/7 24/19 27/13
 29/12 31/14 34/12
 39/8 39/23 39/24
 42/21 43/7 48/10
 48/25 48/25 51/22
 54/5 55/4 55/6 55/9
 57/13 58/2 58/5 60/6
Hair [1]   19/24
hand [11]   16/7 26/6
 26/7 30/18 36/21
 36/23 36/24 37/7
 37/19 39/5 45/22
handcuffs [1]   39/25
handed [1]   35/4
hands [12]   8/3 27/13
 35/23 36/9 38/9
 38/25 39/4 39/8 39/8
 39/21 39/24 41/5
happen [3]   18/19
 36/8 49/3
happened [26]   5/21
 6/25 14/11 14/12
 15/11 18/2 20/9
 20/10 21/8 22/6
 22/12 24/4 26/11
 32/2 33/14 34/11
 35/19 39/16 40/24

Tony Jennings

**H**

happened... [7]   41/4
41/14 42/22 49/9
52/11 54/19 58/11
happens [1]   32/1
harassing [1]   6/18
hard [3]   10/9 15/13
51/2
Harrison [2]   18/13
18/16
has [4]   5/5 11/11
28/25 38/19
have [48]   4/9 4/10
4/11 5/21 5/25 10/4
11/15 11/21 12/3
13/8 13/8 13/18
13/22 14/6 15/24
20/17 23/4 23/6
24/17 24/19 25/2
25/19 28/4 28/12
29/2 30/7 30/22 31/3
32/19 32/19 32/22
40/9 40/22 41/24
42/14 49/23 50/20
51/16 51/19 51/23
53/1 53/23 55/12
55/14 59/17 59/20
60/4 60/13
haven't [6]   5/19
51/4 51/6 55/19 60/1
60/7
having [3]   14/6 51/8
55/18
he [154]
he's [7]   19/10 28/3
33/7 33/9 33/11
33/12 34/21
head [6]   8/4 8/9
16/9 32/12 39/19
48/5
headed [2]   18/11
19/19
health [2]   56/23
56/24
hear [2]   27/23 27/25
hearing [6]   1/8 3/5
7/4 7/6 7/12 7/17
heath [1]   56/12
held [3]   1/8 3/5 7/4
help [4]   18/24 55/2
55/18 59/23
her [3]   28/21 28/23
28/23
here [23]   4/8 4/10
5/4 9/19 17/6 22/22
28/16 31/20 31/20
33/16 33/18 34/3
37/16 56/4 56/13
56/14 56/14 57/6
58/7 60/2 60/9 60/11
60/14
HEREBY [2]   3/3 62/5

hereto [1]   3/4
hesitant [3]   35/20
35/25 36/1
high [5]   28/14 29/8
31/4 31/4 33/17
high-rises [2]   31/4
31/4
him [47]   8/17 11/13
11/14 16/5 18/24
18/24 19/15 19/16
19/17 19/18 19/18
20/21 21/9 21/13
21/14 22/3 22/23
26/24 26/25 27/3
27/3 27/5 27/5 27/13
27/25 28/4 28/7 29/7
32/3 33/23 33/24
33/24 33/25 34/1
34/6 34/13 34/20
34/22 35/4 36/3 37/3
38/10 38/21 39/6
42/12 42/20 52/20
hip [3]   38/1 38/3
38/6
HIPAA [2]   55/23
57/13
his [52]   6/23 8/3
8/7 8/8 8/10 11/11
16/5 16/7 16/7 18/23
18/25 18/25 19/2
19/18 19/19 19/20
19/21 20/6 20/9
20/10 20/12 21/9
22/2 22/5 22/10
22/14 22/17 26/25
26/25 27/23 29/12
29/22 31/11 31/13
31/13 32/3 32/4 34/1
34/21 35/6 35/6
36/21 37/7 37/19
38/9 38/25 39/3 39/5
39/8 39/25 40/18
42/24
hit [9]   15/14 15/14
15/15 15/21 15/22
39/19 39/19 39/20
41/8
HIV [1]   56/12
hmm [2]   30/11 49/14
Hold [2]   24/11 25/12
home [9]   18/8 18/9
18/21 21/2 21/13
21/14 21/15 22/3
52/22
Homes [15]   18/22
19/3 19/5 19/7 19/11
19/13 20/24 21/16
28/19 28/21 29/9
29/13 29/17 29/23
53/10
honest [1]   28/15
hood [8]   22/15 22/20
23/21 23/22 35/7

35/11 35/13 35/23
hook [1]   23/10
hospital [3]   42/9
42/19 58/24
hospitals [1]   59/5
hot [1]   21/20
house [3]   19/24 22/5
52/22
how [27]   9/3 10/8
15/14 18/19 24/8
25/4 25/15 28/25
29/2 29/7 31/10 41/8
42/23 43/17 44/25
45/3 45/9 46/12
48/13 48/20 49/5
49/25 50/3 50/13
50/25 54/18 55/14
hurt [2]   9/3 49/20
hurted [2]   9/1 9/7

**I**

I'll [3]   4/25 20/22
38/10
I'm [54]   4/7 4/7 4/8
4/20 6/25 12/3 14/25
19/4 20/21 20/22
29/1 30/23 31/4 32/4
32/5 32/6 32/13
33/10 35/13 35/14
37/3 38/10 40/4 40/5
40/6 40/7 40/11
40/12 42/16 43/10
44/1 45/11 45/15
45/17 45/19 45/25
45/25 46/2 46/11
46/12 46/19 56/2
56/2 56/3 56/5 56/6
56/6 58/7 58/7 60/2
60/3 60/7 60/9 60/11
I've [5]   4/21 12/24
13/24 30/1 60/2
ice [6]   8/4 11/2
11/4 15/22 15/23
39/20
ID [2]   34/12 34/14
identification [3]
4/4 27/4 53/25
Identified [1]   2/6
identify [2]   28/9
46/17
if [44]   4/16 4/21
5/9 5/25 8/7 9/9
11/13 13/19 18/12
19/25 20/11 21/22
24/6 24/19 28/9
28/10 30/5 34/12
34/17 34/24 35/9
36/13 38/5 38/16
40/21 45/11 45/17
45/20 46/1 46/13
46/19 46/23 51/14
51/18 56/11 56/11
56/13 56/23 57/2

Tony Jennings

## I

if... **[5]**   57/9 60/3
 60/7 60/21 60/24
illegal **[6]**   6/14 7/5
 7/18 7/18 51/16 55/9
illegally **[1]**   51/21
immediately **[6]**
 26/12 26/23 33/15
 39/18 39/21 52/20
impound **[1]**   55/10
impounded **[1]**   55/8
impression **[1]**   36/7
in **[144]**
in-between **[1]**   5/21
incarcerated **[3]**
 12/25 49/8 49/11
incident **[15]**   18/7
 32/19 47/14 47/17
 47/21 47/22 48/13
 48/17 49/21 52/7
 52/10 52/13 54/19
 57/18 58/11
including **[1]**   3/8
indicate **[2]**   7/25
 36/1
indicated **[2]**   36/19
 57/14
indicating **[14]**   9/19
 13/5 22/22 30/19
 31/22 37/14 37/16
 40/9 45/6 45/15
 46/21 46/24 47/2
 56/14
individuals **[1]**
 53/13
inflatable **[1]**   22/19
inflated **[1]**   20/14
information **[2]**
 61/11 61/16
infraction **[1]**   51/25
initial **[3]**   56/11
 56/13 57/8
initialed **[1]**   56/14
initials **[2]**   44/22
 56/13
injured **[2]**   8/1 49/5
injuries **[14]**   7/1
 8/1 8/3 11/15 12/13
 13/18 13/25 15/24
 16/9 16/25 17/15
 48/4 48/7 48/10
injury **[21]**   8/17
 8/17 10/13 10/16
 12/16 15/3 15/7 15/7
 15/8 15/19 15/20
 16/18 16/20 17/7
 17/8 17/8 48/25 49/3
 49/18 49/23 57/21
inmate **[1]**   49/7
inquiring **[1]**   51/18
inside **[20]**   21/19
 26/25 26/25 32/4

33/9 36/14 36/15
 36/16 36/17 36/22
 37/3 37/8 38/15 39/8
 41/13 41/15 41/16
 43/5 43/8 52/3
instead **[1]**   36/13
Institute **[1]**   55/7
insurance **[3]**   34/22
 34/23 35/4
intake **[4]**   10/24
 10/24 12/8 16/25
intending **[1]**   6/1
intention **[2]**   5/8
 5/16
intimidated **[1]**   36/6
intimidating **[1]**
 6/20
into **[14]**   6/24 6/25
 11/12 18/6 20/13
 20/15 20/16 22/19
 24/7 30/19 31/15
 32/17 34/19 49/7
investigate **[1]**   57/6
irritation **[1]**   9/7
is **[94]**
ish **[1]**   21/18
isn't **[3]**   37/20
 45/22 46/15
issue **[2]**   53/1 56/24
issued **[1]**   51/24
issues **[1]**   6/9
it **[172]**
it's **[36]**   7/21 11/11
 13/8 19/11 19/23
 19/24 19/24 19/25
 20/14 20/21 24/8
 30/9 30/16 30/17
 30/20 30/23 34/16
 35/21 37/21 37/21
 38/19 39/25 42/16
 45/20 46/15 51/2
 51/2 53/8 53/12 57/2
 60/21 60/21 60/22
 60/22 60/24 61/15
itself **[1]**   12/17
ITT **[1]**   55/7

## J

J E N N I N G S **[1]**
 4/1
jacket **[4]**   36/15
 37/2 37/6 37/7
jail **[1]**   10/10
January **[4]**   8/6 14/8
 17/4 43/16
January 5 **[1]**   14/8
January 5th **[1]**   8/6
jaw **[1]**   8/20
jeans **[1]**   37/23
JENNINGS **[4]**   1/2 1/8
 2/2 4/6
Jeremy **[9]**   16/6
 26/15 27/12 32/9

32/15 33/4 33/5
 40/19 41/1
Jeremy Decker **[3]**
 27/10 32/9 32/15
job **[2]**   11/11 54/25
Joes **[1]**   59/4
Jones **[7]**   22/11
 26/13 26/24 32/10
 32/16 40/3 52/20
jostling **[1]**   32/3
Judge **[1]**   61/2
judges **[2]**   60/20
 61/15
judgment **[1]**   7/21
jumped **[5]**   25/11
 26/12 26/16 26/18
 26/23
jumps **[3]**   32/17 33/6
 33/7
just **[25]**   6/17 7/23
 10/24 12/7 15/9 18/7
 21/25 27/1 33/15
 33/19 34/21 36/19
 37/4 41/19 42/2
 42/16 44/19 44/20
 45/6 49/17 51/18
 55/6 57/12 61/12
 61/17
Justice **[9]**   10/19
 12/8 12/10 17/6
 17/10 18/3 18/4
 55/25 56/8

## K

keep **[1]**   32/6
Kept **[2]**   28/4 28/5
kind **[11]**   9/13 15/20
 22/8 24/11 24/15
 24/20 26/6 50/22
 50/23 50/25 51/2
kinds **[3]**   6/18 33/16
 54/23
knee **[18]**   8/8 13/25
 15/9 15/10 15/11
 15/15 16/6 16/18
 17/16 17/17 40/4
 40/18 40/18 40/21
 40/25 49/17 49/23
 50/1
kneeled **[3]**   16/6
 40/3 40/15
kneels **[1]**   40/12
knelt **[1]**   40/17
knew **[2]**   12/6 39/21
know **[108]**
known **[1]**   29/2
Kohler **[3]**   1/10 62/4
 62/18

## L

laboratory **[1]**   54/9
laceration **[1]**   10/4
language **[1]**   24/2

Tony Jennings

**L**

last [5]   10/8 42/21
 48/13 48/20 49/25
lasted [1]   10/12
later [2]   13/20
 16/24
laughed [1]   42/12
Law [3]   1/15 1/15
 3/6
lawyer [1]   55/3
lay [2]   50/17 50/19
leaning [1]   32/4
learned [1]   52/6
least [1]   25/17
leave [2]   20/21
 20/22
leaving [1]   60/11
left [21]   15/21
 15/25 16/1 16/12
 16/15 18/21 21/2
 26/6 30/18 36/23
 41/15 41/17 45/14
 45/15 45/19 46/4
 46/5 46/6 46/10
 46/15 46/15
left-hand [3]   26/6
 30/18 36/23
leg [1]   37/21
legal [2]   5/10 5/17
legitimate [2]   51/17
 53/25
lens [1]   41/9
let [11]   4/24 12/7
 14/9 15/10 17/7
 17/12 17/12 52/24
 52/24 52/24 56/4
let's [3]   18/6 22/4
 57/6
letters [1]   59/14
letting [1]   21/25
level [1]   4/12
Levi [1]   37/23
license [9]   33/20
 34/13 34/20 34/25
 35/1 35/5 35/6 35/9
 51/21
lifted [2]   37/7
 38/24
light [1]   22/1
lighter [2]   20/15
 20/15
lights [4]   24/5
 24/10 25/9 32/7
like [55]   8/19 9/6
 9/8 9/9 12/2 12/3
 12/6 16/23 18/11
 19/24 20/5 20/14
 20/21 21/2 21/3
 21/18 24/14 26/4
 28/4 28/15 28/16
 29/22 30/5 30/17
 31/3 31/6 34/8 35/21

36/3 36/3 36/4 37/21
38/10 38/11 38/12
38/15 38/23 39/25
40/6 40/12 40/22
41/20 42/15 42/16
44/2 44/2 44/22 45/6
45/12 46/13 46/23
51/17 52/23 54/2
60/8
line [4]   2/22 13/20
 38/11 39/6
listening [1]   22/1
little [9]   10/6 10/7
 14/9 20/19 21/4 21/7
 31/14 42/16 42/16
live [5]   29/9 29/18
 29/19 34/3 53/13
lived [13]   18/22
 19/3 19/4 28/18
 28/25 29/12 29/17
 29/23 29/25 29/25
 30/4 33/24 34/2
lives [2]   33/18 34/3
living [3]   30/3 30/7
 31/2
long [8]   9/3 10/8
 28/25 29/2 48/13
 48/20 49/25 50/12
longer [1]   9/9
look [5]   12/10 16/3
 40/7 55/25 56/2
looked [11]   8/10
 11/14 17/21 18/1
 24/1 26/4 34/20
 34/25 35/5 41/7
 42/12
looking [5]   27/20
 32/5 34/21 46/2
 46/14
loose [1]   23/9
lost [5]   54/24 54/25
 55/5 55/5 55/7
lot [15]   8/5 8/6
 15/23 19/2 21/19
 24/6 25/13 25/15
 25/16 30/12 30/19
 40/7 40/14 53/5 53/7
lower [2]   37/6 37/21
lying [2]   50/16
 54/13

**M**

ma'am [1]   27/12
made [1]   7/21
Magistrate [1]   61/1
mail [1]   60/8
major [1]   55/5
make [7]   3/12 4/16
 5/5 5/8 17/14 20/23
 20/25
making [2]   17/3
 38/19
many [2]   25/15 55/14

March [1]   1/9
March 30 [1]   1/9
mark [1]   44/19
marked [3]   2/6 4/4
 43/11
marking [1]   56/5
Marshals [1]   59/15
may [4]   3/14 52/25
 53/9 53/10
maybe [16]   9/5 14/20
 21/3 21/18 21/19
 21/20 21/20 22/6
 25/17 25/17 29/3
 29/4 31/20 31/21
 41/22 49/4
me [135]
mean [21]   8/19 9/7
 13/3 14/23 15/12
 20/24 23/22 31/19
 35/11 36/2 41/11
 51/14 51/20 52/18
 53/9 53/18 54/17
 55/4 55/11 56/21
 59/12
medical [20]   10/15
 10/18 10/20 10/23
 11/6 11/25 12/7 12/8
 14/22 17/6 17/9 42/8
 48/22 51/5 55/24
 56/5 56/16 57/8
 57/25 58/12
members [2]   60/2
 60/4
memory [1]   30/6
mental [3]   56/12
 56/23 56/24
mentioned [6]   4/10
 6/2 17/12 43/21
 49/17 60/5
might [2]   13/3 60/4
Minding [1]   34/5
mine [1]   18/20
minor [1]   14/3
minute [1]   21/5
minutes [2]   21/20
 22/7
mirrors [1]   10/10
misinterpretations
 [1]   39/23
mixed [1]   46/11
Mm [2]   30/11 49/14
Mm-hmm [2]   30/11
 49/14
Monday [1]   60/12
money [1]   55/2
money-wise [1]   55/2
monitary [1]   54/23
months [1]   55/20
more [2]   23/7 25/19
morning [5]   4/6 5/4
 5/9 5/17 9/11
mother [3]   29/14
 29/22 58/25

Tony Jennings

## M

motion [1]   3/12
motivated [1]   53/15
move [3]   3/9 3/11
6/17
moved [6]   19/2 29/14
29/14 29/15 30/1
53/7
movements [2]   38/19
52/1
moving [2]   39/5 60/3
Mr. [1]   4/6
Mr. Jennings [1]   4/6
Ms [1]   2/23
much [5]   10/10 11/23
12/17 19/11 27/4
Municipal [1]   3/6
music [1]   22/1
my [186]
myself [3]   43/13
47/13 59/24

## N

name [8]   6/23 22/10
27/23 28/23 28/23
35/9 60/22 61/17
name's [1]   4/6
names [1]   52/6
need [4]   4/15 11/25
42/8 47/5
needed [4]   18/25
20/18 23/2 56/15
needle [3]   22/25
23/1 23/8
needle-nose [3]
22/25 23/1 23/8
negatively [1]   49/24
neighborhood [5]
29/15 53/4 53/5 53/6
53/16
nervous [4]   38/13
38/14 38/23 38/24
never [26]   12/5
12/24 13/23 13/23
14/2 14/3 14/4 16/25
17/2 17/2 17/5 35/8
38/16 46/9 51/22
51/22 52/2 54/5 54/6
54/8 54/9 54/13
54/20 57/20 57/21
57/22
New [7]   1/10 1/11
1/16 60/25 61/1
61/19 62/5
New York [2]   60/25
61/19
next [6]   19/12 21/12
22/12 25/24 32/2
41/4
nice [2]   41/23 44/20
night [15]   6/8 10/22
13/24 14/8 14/14
16/21 17/1 17/4 18/6

43/17 44/10 47/14
47/21 47/22 48/16
no [83]
None [1]   34/8
Northern [4]   60/24
61/1 61/18 61/19
Nos [1]   4/3
nose [3]   22/25 23/1
23/8
not [36]   3/12 3/18
4/11 6/10 7/9 7/18
9/9 13/3 13/11 16/12
16/12 17/11 17/16
17/17 17/24 19/23
20/22 28/3 29/1 31/4
32/22 45/11 45/25
46/12 51/20 53/8
53/8 56/14 58/7 58/7
59/13 59/22 60/3
60/7 60/23 61/4
Notary [4]   1/11 3/15
3/15 62/4
notes [1]   62/7
nothing [7]   11/1
28/3 33/23 34/5 36/8
38/21 51/24
notice [6]   4/8 5/6
5/10 5/20 5/22 6/3
noticed [2]   14/5
17/3
noticing [1]   16/24
now [15]   7/20 12/21
28/18 32/6 32/10
40/17 46/11 46/19
54/18 55/12 55/23
59/12 60/9 60/13
61/14
number [3]   30/6
45/21 61/15
numbers [1]   30/9
nut [1]   23/9

## O

object [2]   3/8 3/10
off [10]   6/16 18/13
19/22 25/10 25/11
30/6 34/1 34/10
51/14 52/19
officer [20]   6/22
8/2 9/24 11/16 12/4
16/3 17/12 24/5
31/20 36/17 38/10
39/11 42/17 43/22
43/23 43/25 44/20
45/5 46/18 48/2
officer's [1]   17/1
officers [14]   14/15
26/14 26/21 26/22
27/9 28/7 36/8 41/19
41/23 41/24 47/17
51/8 52/4 59/14
Oh [4]   11/1 24/1
24/3 34/4

okay [73]
old [1]   29/5
older [1]   29/8
on [135]
once [5]   8/2 22/22
29/22 51/19 53/21
one [18]   16/6 19/14
25/12 25/17 26/5
27/7 27/16 28/10
30/21 30/22 30/22
32/9 36/16 40/4
40/22 52/25 56/2
57/7
online [2]   60/22
61/16
only [9]   4/24 17/8
17/18 17/19 30/23
30/25 52/6 57/17
57/17
Onondaga [3]   10/19
55/24 56/8
open [7]   27/20 33/10
35/4 59/12 60/21
60/21 60/22
opened [1]   32/15
or [67]
original [2]   3/17
3/21
originally [3]   55/23
56/7 56/14
other [23]   3/15 4/24
5/21 12/2 12/15
13/18 15/8 22/23
25/12 25/15 26/5
27/16 30/13 30/21
40/2 41/24 44/2
49/18 53/12 54/23
56/5 57/14 57/17
our [1]   34/5
out [57]   8/5 10/11
15/23 22/4 22/5 22/5
22/13 22/13 22/14
22/17 22/22 23/11
23/12 23/17 24/5
25/11 26/12 26/16
26/18 29/14 29/16
30/1 30/2 32/5 32/14
32/15 32/18 33/10
33/12 34/20 35/8
35/15 35/16 35/17
35/21 35/22 36/3
36/4 36/6 36/9 38/11
39/6 40/1 40/6 40/14
44/3 45/13 45/18
53/9 53/24 54/5
54/12 55/2 55/5 55/5
55/18 59/18
outside [4]   32/1
33/7 52/21 52/21
outstanding [1]
51/24
over [12]   8/11 19/2
19/12 19/20 24/1

Tony Jennings

**O**

over... [7]   28/5 28/5 32/5 32/12 32/20 35/2 37/16
overall [1]   51/12
own [3]   5/9 5/17 30/2

**P**

pace [1]   50/11
pack [2]   11/2 11/4
Page [3]   2/5 2/5 2/22
Pages [1]   2/2
pain [14]   9/10 10/12 13/21 16/24 48/18 49/25 50/4 50/19 50/22 50/23 50/23 50/23 50/24 51/3
pains [5]   14/1 14/6 14/13 14/16 14/17
pants [11]   26/25 26/25 32/4 37/12 37/13 37/18 37/21 38/25 39/4 39/4 41/17
papers [1]   59/23
paperwork [2]   2/24 60/13
paralegal [1]   56/4
paraphernalia [1]   54/7
park [2]   31/13 31/14
parked [5]   22/22 24/9 24/11 25/20 31/1
parking [11]   8/5 15/23 19/2 21/19 24/6 25/24 30/12 30/19 31/12 40/7 40/14
parole [1]   52/10
part [5]   3/6 10/24 15/16 36/14 37/6
parties [1]   3/4
partly [1]   51/7
partner [2]   8/10 16/6
passenger [5]   24/24 32/5 32/13 40/2 41/11
past [2]   5/10 55/19
pat [1]   36/12
path [1]   32/17
paying [1]   55/3
Peebles [1]   61/2
people [4]   12/8 53/11 60/5 60/6
perhaps [1]   58/16
perpendicular [1]   24/12
person [3]   12/13 18/1 22/10

phone [1]   18/20
photo [2]   45/16 46/3
photograph [9]   2/15 2/16 2/18 2/19 43/10 43/11 43/14 44/13 45/19
photographs [2]   43/21 47/9
photos [3]   30/8 40/9 46/1
physical [3]   47/16 47/17 51/8
picked [4]   19/18 28/11 41/10 41/10
picture [6]   44/4 45/13 46/12 46/13 46/14 46/14
pictures [5]   24/7 42/3 45/12 47/10 47/12
Pioneer [15]   18/22 19/3 19/4 19/7 19/11 19/13 20/24 21/15 28/19 28/21 29/9 29/12 29/17 29/23 53/10
place [7]   35/23 47/17 54/1 57/13 57/14 57/17 57/17
placed [4]   36/9 42/22 42/25 43/6
places [1]   29/22
plain [1]   54/13
Please [1]   47/6
pliers [3]   22/25 23/1 23/8
plug [3]   20/14 20/15 22/19
pocket [16]   34/16 34/19 35/6 35/7 36/15 36/16 36/16 37/11 37/12 37/18 37/21 37/22 38/5 38/9 41/16 41/17
pockets [10]   27/1 32/4 36/14 36/17 36/20 37/4 37/10 38/15 41/13 52/3
point [5]   17/14 30/8 39/13 40/24 54/19
pointing [1]   9/12
police [20]   6/7 6/14 24/10 25/9 25/11 26/18 28/7 32/2 41/19 42/23 43/1 43/5 43/6 43/8 43/22 43/22 47/13 51/11 52/8 52/15
pop [1]   61/19
possession [1]   54/7
predominantly [2]   53/5 53/15
predominately [1]

53/12
pressure [2]   8/6 40/23
pretty [6]   10/10 11/23 12/17 15/13 19/11 27/4
previous [1]   57/7
prior [6]   13/22 14/7 18/7 48/25 49/3 49/23
private [1]   60/23
PRO [1]   1/13
probable [2]   51/23 54/12
probably [10]   9/5 21/2 22/6 23/7 29/3 31/19 32/8 36/2 41/20 53/9
problem [1]   16/16
procedure [2]   6/9 6/10
proceed [1]   6/1
proceeding [1]   4/13
proceedings [1]   62/6
process [2]   14/20 60/3
produce [1]   56/11
profiled [1]   53/18
profiling [1]   53/18
projects [1]   19/12
properly [1]   20/19
protocol [1]   6/11
provided [5]   3/6 3/19 53/22 53/24 55/23
provisions [1]   3/5
public [5]   1/11 3/15 3/16 61/10 62/5
pull [7]   24/7 24/14 30/18 31/15 38/17 51/23 61/16
pulled [13]   6/15 8/2 24/5 24/6 24/9 24/22 25/5 25/10 25/10 32/20 34/10 51/14 51/20
pulling [4]   6/19 52/18 53/24 54/11
pump [1]   20/16
punched [1]   11/17
punching [2]   42/17 61/17
pursuant [1]   3/5
pursue [1]   60/7
put [16]   9/10 19/1 20/13 23/17 23/19 23/20 24/8 35/5 35/6 35/7 40/17 40/18 41/10 44/22 45/10 56/4
putting [2]   21/7 56/5

Tony Jennings

**Q**

questioned [1]   11/9
questioning [1]
26/24
questions [12]   4/21
6/19 11/11 11/12
11/24 28/17 33/16
33/19 33/21 42/3
42/6 51/19

**R**

RABELER [3]   1/17
2/23 4/7
race [1]   52/25
racially [1]   53/15
Radisson [9]   18/17
18/18 18/22 19/7
21/15 30/10 30/15
30/17 30/20
raised [2]   29/10
29/24
RAMONA [2]   1/17 4/7
Ramona Rabeler [1]
4/7
ran [7]   26/23 35/8
37/8 40/1 41/6 51/22
54/20
rays [3]   58/2 58/16
59/8
reached [2]   34/19
35/2
ready [2]   22/2 52/22
real [2]   38/23 38/24
really [6]   14/23
16/10 40/8 50/21
50/21 50/21
rear [1]   16/5
reason [18]   6/16
6/18 6/21 12/4 27/6
34/9 36/17 38/15
39/25 51/17 52/2
52/22 53/20 53/23
53/25 54/11 56/2
56/21
reasons [1]   53/22
recall [4]   8/7 21/21
21/23 43/22
receive [7]   10/18
10/20 10/23 17/24
48/22 57/23 58/12
received [8]   6/22
18/2 18/20 51/4 52/8
57/14 60/7 61/11
recognize [4]   43/11
43/12 43/13 47/9
record [3]   4/18 5/1
57/8
recorded [1]   13/23
records [6]   55/24
56/6 56/13 56/16
56/23 57/19
red [2]   10/6 10/7
redness [1]   10/8

redo [1]   56/3
redoing [1]   56/3
refuse [1]   11/6
refused [2]   37/5
39/25
refusing [1]   37/5
regard [6]   7/7 7/9
7/12 55/16 59/20
60/16
regards [16]   6/7
7/22 11/10 11/12
13/23 27/1 46/1 52/1
55/19 56/15 59/14
59/15 59/19 60/21
61/11 61/17
registration [7]
33/20 34/22 34/23
35/3 35/3 35/9 51/21
regular [1]   37/22
release [7]   55/24
56/3 56/7 56/12
56/18 57/2 57/19
released [1]   58/15
releases [1]   57/13
relevant [2]   56/25
57/1
remember [12]   11/13
21/25 26/4 26/6 26/9
28/6 29/16 30/9
58/18 58/18 58/23
59/7
rent [1]   55/3
repeating [2]   28/4
28/5
rephrase [1]   4/22
report [1]   54/9
reported [7]   16/25
17/5 17/9 17/11
57/20 57/21 57/22
Reporter [3]   1/11
62/4 62/18
reports [1]   52/8
reserved [2]   3/10
3/13
residence [1]   31/13
resisting [1]   54/22
respective [1]   3/4
respond [1]   33/22
Respondent [2]   1/6
1/14
rest [2]   22/14 41/3
result [4]   7/17 10/5
13/24 55/9
return [1]   3/17
Review [1]   5/11
rib [13]   14/4 14/10
14/18 15/5 17/17
17/18 48/11 48/18
49/6 50/13 57/18
57/21 58/3
ride [6]   18/21 18/24
18/25 20/22 33/24
33/25

right [90]
right-hand [3]   26/7
36/24 45/22
rights [8]   3/6 3/18
6/9 6/10 9/2 51/15
59/18 61/4
rises [2]   31/4 31/4
roof [7]   23/24 23/24
35/12 35/13 35/14
35/23 36/10
roughhousing [1]
27/5
rows [1]   31/3
Rule [1]   3/19
ruled [1]   7/18
Rules [1]   3/7
run [1]   26/13
running [2]   20/23
52/19
runs [3]   32/15 33/1
33/5

**S**

said [52]   11/10
11/13 11/14 11/16
11/20 11/21 11/22
11/25 12/1 14/9
16/18 16/23 22/3
22/4 24/1 24/3 25/4
28/7 28/10 28/11
28/12 28/18 31/9
34/13 34/14 34/14
34/16 34/18 34/22
35/1 35/8 35/22
36/17 38/14 38/21
39/6 39/7 40/22 42/7
42/11 42/13 42/15
42/18 44/2 48/14
50/24 54/4 54/11
54/14 56/8 57/8 58/9
Salina [2]   19/11
19/14
same [13]   5/1 10/21
12/21 15/20 19/23
27/11 27/13 27/17
47/20 50/11 60/3
62/7 62/8
SAS [1]   18/13
sat [6]   21/19 22/14
22/18 22/20 22/21
23/21
say [18]   5/2 9/5
14/20 16/22 17/15
21/3 22/17 23/22
25/17 26/14 27/21
27/25 28/2 28/9
35/11 35/25 37/4
57/7
saying [9]   28/3
38/10 45/17 45/22
45/25 46/12 46/16
47/4 50/17
says [4]   11/15 11/18

Tony Jennings

**S**

says... [2]   38/12
57/7
scale [4]   54/2 54/4
54/10 54/16
scared [2]   6/20 6/20
scene [1]   11/8
school [3]   18/13
29/8 54/25
screw [1]   23/2
SE [1]   1/13
search [8]   6/21 7/5
7/18 32/10 36/11
41/13 42/24 55/9
searched [1]   51/21
searches [1]   51/16
searching [8]   26/24
27/3 36/10 38/15
52/3 52/20 53/24
54/12
seat [1]   42/25
seats [1]   32/12
second [3]   25/12
36/2 54/7
see [14]   10/11 13/4
13/7 13/9 23/7 30/5
32/7 35/9 38/17
51/13 53/20 56/4
57/6 60/19
seek [2]   10/15 14/22
seem [2]   38/12 38/23
seen [3]   8/10 38/17
54/12
seizure [1]   7/5
seizures [1]   51/17
separate [1]   61/7
separated [2]   41/9
41/9
separates [1]   13/5
sergeant [9]   11/9
42/2 42/5 42/10 43/3
43/4 43/7 43/25 44/2
served [1]   59/14
set [2]   23/13 61/21
seven [3]   29/4 29/4
29/5
shall [4]   3/12 3/18
3/19 3/24
shaped [1]   30/17
sharp [1]   50/23
shattered [1]   13/11
she [3]   4/16 4/16
13/3
shit [2]   24/2 24/3
short [1]   31/4
should [2]   51/19
53/23
show [10]   13/4 30/8
32/2 40/9 41/18 44/4
54/14 54/16 55/25
58/2
showed [1]   48/14

showing [4]   43/10
44/12 56/2 56/7
shows [1]   44/13
side [47]   8/9 8/25
15/21 15/24 15/25
16/1 16/12 16/15
18/11 19/14 25/20
26/6 26/7 26/8 27/19
30/13 30/18 30/18
30/21 32/17 36/23
36/24 37/14 37/16
39/1 39/4 40/2 40/2
40/4 40/12 40/15
41/12 44/14 44/16
45/12 45/16 45/17
45/19 45/22 46/1
46/1 46/3 46/6 46/8
46/16 46/20 50/18
sides [1]   26/2
sign [2]   57/18 57/19
signature [1]   56/1
signed [2]   56/7 57/7
signing [1]   3/21
since [4]   12/25 29/3
55/20 60/2
sitting [6]   22/7
22/15 27/19 31/25
38/18 52/1
situated [1]   60/18
situation [1]   55/2
six [4]   25/17 29/4
29/5 30/22
slammed [8]   8/4 14/7
14/7 15/13 15/13
39/14 40/13 41/5
sleeping [1]   50/15
smell [1]   33/25
so [91]
socket [5]   9/8 9/15
16/8 16/10 16/16
Solvay [1]   18/12
some [13]   5/10 5/20
17/14 19/1 39/24
48/10 51/15 55/1
55/5 55/5 60/5 60/5
60/8
somebody [1]   43/21
someone [2]   12/10
17/21
something [8]   11/10
14/3 17/2 23/17
38/19 53/3 61/2 61/3
sometimes [1]   50/20
soon [4]   25/9 31/14
32/14 39/19
sore [2]   42/16 42/17
sorry [3]   30/23
35/13 35/14
South [1]   19/11
spaces [1]   31/12
speak [2]   4/15 5/19
speaks [1]   12/17
specific [1]   28/6

spot [1]   25/24
squeezed [7]   36/15
36/16 36/19 36/21
37/10 37/18 38/9
squeezing [1]   36/14
St. [1]   59/4
St. Joes [1]   59/4
standing [2]   8/13
52/21
start [6]   14/1 14/17
14/17 51/15 52/17
52/20
started [15]   6/18
11/12 13/21 14/6
16/24 17/3 20/13
21/6 21/10 26/24
33/15 39/10 48/18
49/20 50/1
State [4]   1/11 20/3
20/4 62/5
States [2]   59/15
61/18
station [7]   18/24
19/9 19/16 19/19
19/23 19/24 20/6
stations [1]   19/15
stay [2]   53/6 53/11
stayed [2]   20/19
31/5
staying [2]   18/10
30/2
stays [1]   20/23
stenographer [3]
4/10 4/14 5/1
stenographic [1]
62/6
step [6]   35/8 35/15
35/16 35/17 35/21
55/18
stepped [2]   35/22
36/9
sticks [3]   36/1
37/19 38/9
stiffness [1]   50/4
still [10]   5/24 5/25
6/1 13/13 15/12
29/25 39/8 48/21
50/2 60/8
STIPULATED [2]   3/3
3/23
STIPULATIONS [1]   3/1
stop [5]   32/20 50/5
50/7 50/7 50/13
stopped [1]   11/24
Straight [1]   13/4
straighten [1]   45/5
Street [8]   1/10 1/16
19/11 19/14 19/22
19/25 20/5 29/23
stretch [1]   50/20
strike [5]   3/9 3/11
9/3 9/25 12/4
striking [2]   8/17

Tony Jennings

**S**

striking... [1]   10/7
struck [27]   8/11
  8/14 8/23 10/1 11/16
  12/19 12/22 13/16
  15/17 16/7 40/16
  41/6 41/7 44/7 44/17
  44/20 45/1 45/4
  45/24 46/4 46/5 46/8
  46/9 46/10 46/18
  47/6 48/2
stuck [3]   8/3 38/25
  39/3
stutter [1]   36/5
stuttered [1]   36/2
substance [1]   54/10
such [1]   3/12
suit [1]   59/13
Sunday [1]   60/12
superior [1]   11/9
supervisor [3]   17/1
  17/13 44/1
supervisors [1]
  41/22
supposed [1]   36/12
sure [13]   5/5 5/8
  16/22 20/23 29/1
  45/11 45/25 46/12
  58/7 58/7 60/3 60/7
  61/3
sworn [2]   3/14 4/2
SYRACUSE [11]   1/5
  1/16 4/7 4/8 6/2 6/7
  18/12 19/25 58/20
  58/21 58/22

**T**

T O N Y [1]   4/1
T-bone [3]   24/20
  24/21 25/4
take [5]   4/16 45/12
  46/13 55/25 56/1
taken [5]   13/25
  43/15 44/5 45/16
  46/13
taking [1]   42/3
talked [4]   43/2 43/4
  48/10 60/1
talking [8]   21/19
  21/23 22/1 22/1 22/7
  37/11 37/20 51/15
Technical [1]   55/7
technically [1]   6/15
tell [12]   8/1 12/16
  24/7 26/11 39/16
  40/5 41/3 42/10
  44/13 50/22 51/7
  57/1
telling [7]   20/20
  22/20 28/15 31/5
  38/10 56/17 59/17
tells [2]   38/12
  38/17

terms [1]   56/25
test [1]   54/9
testified [1]   54/5
testifies [1]   4/2
testifying [1]   52/9
testimony [2]   3/9
  3/11
than [3]   3/15 12/2
  53/12
Thank [4]   44/25
  46/25 47/8 61/22
that [233]
that's [48]   5/8 7/20
  7/25 8/10 11/18 12/5
  15/14 18/11 19/12
  20/25 22/1 22/6
  22/25 23/20 29/16
  29/23 30/12 30/21
  34/14 38/24 40/1
  40/13 40/14 41/8
  41/16 43/10 44/12
  44/14 45/9 45/11
  46/2 46/3 46/16 51/4
  51/20 53/7 57/3 57/9
  57/9 57/9 58/11
  58/17 61/8 61/8 61/9
  61/10 61/10 61/14
their [14]   11/9 11/9
  24/5 24/15 24/15
  24/24 24/24 25/1
  25/9 25/11 27/13
  42/25 52/6 54/11
them [28]   6/10 10/11
  12/5 12/22 12/24
  13/15 13/23 17/7
  17/12 21/25 23/7
  27/7 27/9 27/9 27/20
  32/6 39/24 45/5
  51/17 52/9 52/18
  52/19 53/22 53/23
  53/25 53/25 56/11
  60/4
then [34]   6/11 11/11
  18/1 19/13 19/18
  20/15 22/1 23/17
  23/25 24/3 25/6
  27/16 30/22 32/1
  32/6 32/11 33/14
  34/11 35/19 36/21
  36/23 36/25 37/9
  37/19 39/3 39/11
  40/3 41/14 42/2 43/7
  46/13 49/17 58/15
  60/11
there [93]
there's [7]   4/9
  30/10 30/13 31/6
  31/7 53/5 56/24
thereby [1]   3/20
these [7]   11/11 14/1
  17/2 17/15 36/7
  56/18 59/14
they [63]

they're [3]   13/11
  27/3 32/3
they've [1]   59/14
thigh [1]   37/24
thing [3]   4/24 22/19
  24/20
things [6]   5/21
  50/14 55/1 55/5
  56/18 57/3
think [6]   22/25 40/4
  52/25 57/9 58/8 58/9
this [60]   3/4 3/9
  3/11 3/13 3/14 3/16
  3/17 3/21 3/23 5/4
  5/5 5/9 5/17 5/20
  15/1 15/12 16/23
  21/3 21/18 24/8
  30/18 32/19 35/21
  36/16 37/14 37/16
  37/20 38/3 39/7
  41/18 43/14 43/25
  44/4 44/4 44/6 44/7
  45/6 45/13 45/15
  45/16 45/22 46/19
  46/20 46/20 46/24
  47/1 48/21 50/2
  52/24 53/15 54/9
  54/11 54/16 56/4
  57/18 58/8 59/22
  61/3 61/4 61/7
those [23]   6/9 12/21
  14/6 14/16 14/17
  16/25 19/14 23/5
  26/4 26/9 31/4 33/21
  42/2 44/9 47/9 47/9
  47/12 52/4 54/21
  57/2 57/19 59/5
  59/23
though [1]   48/25
thought [2]   14/3
  58/9
thousand [1]   55/10
three [3]   23/5 25/17
  30/23
threw [4]   39/16
  39/18 39/21 41/5
throbbing [2]   12/2
  14/13
through [13]   4/3
  14/20 27/20 32/3
  32/7 32/8 32/11
  32/11 32/13 35/4
  37/2 55/1 59/16
throwing [1]   27/5
ticket [1]   51/25
tighten [1]   23/3
time [33]   5/20 5/22
  8/13 9/10 11/6 12/19
  13/16 16/22 17/9
  18/10 18/23 18/23
  20/20 21/1 21/17
  25/16 27/11 27/14
  27/17 27/18 30/1

Tony Jennings

**T**

**time...** **[12]**   30/2
37/3 41/25 49/8
52/10 54/24 55/4
55/7 58/8 58/8 59/22
60/3
**tire** **[2]**   19/1 20/16
**tires** **[3]**   21/7 23/20
23/21
**today** **[2]**   5/2 60/11
**together** **[1]**   56/4
**told** **[22]**   11/10
11/13 15/5 22/3
32/22 33/23 33/24
34/6 34/12 35/8
35/16 35/17 38/16
38/21 39/5 42/20
46/6 46/9 53/18
54/18 56/9 56/10
**tomorrow** **[1]**   60/11
**TONY** **[4]**   1/2 1/8 2/2
55/21
**too** **[2]**   50/16 53/7
**took** **[16]**   15/22
19/15 21/13 21/14
22/5 22/13 23/11
23/12 23/17 23/19
35/5 37/7 43/21
47/17 48/14 62/6
**tool** **[1]**   23/4
**tools** **[6]**   19/18
20/17 22/14 22/17
22/23 23/5
**top** **[9]**   8/7 8/8 13/3
13/4 23/23 35/6 35/6
36/14 41/1
**touch** **[1]**   9/11
**towards** **[4]**   18/12
40/5 40/6 40/14
**Townsend** **[1]**   29/23
**traffic** **[2]**   32/20
51/25
**transcript** **[1]**   3/22
**treat** **[1]**   10/25
**treatment** **[5]**   17/24
18/2 57/15 57/25
58/13
**trial** **[1]**   3/13
**tried** **[1]**   32/25
**truck** **[4]**   26/5 26/6
26/7 26/8
**true** **[1]**   62/7
**trunk** **[3]**   25/3 25/3
35/14
**truth** **[1]**   57/1
**try** **[3]**   4/25 4/25
23/9
**trying** **[6]**   15/1
20/12 20/13 21/5
40/4 53/20
**turn** **[4]**   35/22 39/10
45/19 46/13

**turned** **[10]**   8/9 16/3
22/16 36/9 39/7 39/8
40/7 40/13 41/7 41/8
**turns** **[1]**   45/18
**two** **[17]**   14/21 14/21
22/9 25/17 26/21
26/22 30/16 30/17
30/22 41/19 41/22
42/2 53/11 55/6
55/15 60/20 61/15
**two-door** **[1]**   22/9
**two-year** **[1]**   55/6
**type** **[4]**   14/13 36/5
51/25 60/22

**U**

**unable** **[1]**   50/17
**under** **[10]**   9/17 9/17
9/17 9/22 36/7 36/13
36/18 37/4 38/14
38/16
**underneath** **[1]**   44/23
**understand** **[5]**   4/17
4/19 4/21 7/3 45/17
**understanding** **[2]**
7/3 56/9
**Uniform** **[1]**   3/7
**United** **[2]**   59/15
61/18
**unlawful** **[1]**   52/15
**unnecessary** **[1]**   39/7
**until** **[6]**   4/25 14/2
14/13 16/23 51/22
57/10
**up** **[35]**   6/15 6/17
11/10 13/4 18/17
19/18 19/19 22/21
23/2 24/5 24/9 25/10
25/10 27/5 28/11
31/14 32/2 34/10
38/17 41/7 41/10
41/10 41/12 41/18
46/11 48/14 52/18
52/19 55/18 57/2
60/8 60/22 61/12
61/16 61/19
**upon** **[1]**   16/25
**upper** **[1]**   45/21
**upstairs** **[2]**   31/6
31/9
**Upstate** **[4]**   58/19
58/24 59/2 59/3
**us** **[4]**   55/23 56/13
56/18 57/2
**used** **[1]**   29/9
**using** **[3]**   20/17 23/9
23/20

**V**

**vehicle** **[22]**   6/16
16/5 18/25 19/20
19/21 20/7 20/9
20/10 21/10 24/15

25/4 26/18 32/23
32/25 42/23 43/5
43/7 43/8 51/13
52/18 54/3 54/5
**view** **[1]**   54/13
**village** **[3]**   19/12
19/13 19/14
**violated** **[2]**   6/10
6/21
**violating** **[1]**   39/7
**violation** **[1]**   9/1
**violence** **[1]**   53/19

**W**

**waist** **[2]**   39/2 39/3
**waistband** **[1]**   38/5
**waistline** **[2]**   37/8
37/22
**wait** **[1]**   4/25
**waived** **[1]**   3/22
**waiver** **[2]**   3/12 3/18
**walking** **[1]**   50/5
**walks** **[1]**   50/12
**wallet** **[3]**   34/16
34/17 34/20
**want** **[18]**   5/5 5/8
9/4 12/16 14/20
14/25 21/3 25/16
36/4 36/8 39/22
39/23 42/18 44/22
56/1 56/18 57/2 59/9
**wanted** **[1]**   7/23
**warrants** **[1]**   51/24
**was** **[250]**
**Washington** **[1]**   1/16
**wasn't** **[13]**   6/16
14/23 26/7 31/12
31/19 33/23 36/13
51/24 52/22 56/10
56/15 58/7 59/2
**watch** **[1]**   22/3
**watching** **[3]**   27/20
32/6 32/13
**way** **[15]**   6/8 11/22
20/23 24/6 24/7 37/8
39/1 39/6 45/13
45/15 46/19 46/19
51/13 52/15 54/18
**we** **[17]**   4/9 5/2
19/18 19/19 20/19
20/20 21/7 21/19
21/25 22/7 29/15
37/10 46/25 56/9
56/9 57/5 57/8
**we'll** **[2]**   6/24 57/12
**wear** **[1]**   13/13
**wearing** **[5]**   12/18
12/21 13/15 43/19
44/10
**week** **[3]**   9/5 9/9
10/12
**weeks** **[6]**   14/21
14/21 16/24 48/14

Tony Jennings

## W

weeks... [2]   48/17
49/20
well [26]   6/12 6/15
8/2 8/3 13/8 13/20
14/2 14/12 17/13
29/24 29/25 30/10
31/5 34/14 35/21
36/12 37/9 42/22
49/18 55/1 55/16
56/23 57/6 59/13
59/16 60/6
went [19]   6/8 11/12
13/23 14/4 14/20
15/20 19/16 19/19
28/16 29/8 34/19
35/2 36/15 36/16
37/8 41/15 47/24
52/15 55/1
were [53]   4/3 8/1
8/1 8/13 8/14 9/12
12/15 12/18 13/15
14/2 14/25 17/9 18/7
21/9 21/23 22/10
22/23 22/24 23/1
25/6 25/12 25/15
27/18 29/5 31/1
31/10 35/25 36/1
42/22 43/6 43/19
44/5 44/9 44/16 45/1
45/4 45/6 45/9 45/24
46/4 46/8 46/18 47/6
48/4 48/7 49/8 49/11
52/3 52/10 54/23
56/9 58/15 60/6
west [2]   18/11 18/14
what [102]
what's [6]   22/10
32/13 33/18 34/9
47/9 47/12
whatever [3]   32/12
42/2 50/12
when [44]   4/15 8/10
8/11 10/9 11/18
12/22 14/14 14/16
14/17 15/12 15/13
15/19 15/21 16/3
16/24 22/17 23/1
23/22 26/14 29/5
29/9 29/24 30/18
31/17 35/11 35/25
38/24 40/1 40/7
40/13 40/15 40/20
40/24 41/1 43/4
43/14 45/19 46/13
49/3 50/11 50/20
53/24 58/17 60/18
where [45]   9/24
10/18 11/23 12/23
13/5 13/25 14/18
15/16 18/7 18/9
18/13 18/22 19/2

19/10 19/10 19/15
19/21 20/1 20/25
22/21 23/13 23/18
30/9 30/15 31/2
31/10 31/20 37/13
41/16 44/19 45/14
45/24 46/18 47/6
49/11 52/2 57/14
58/5 58/11 58/18
58/23 59/5 59/6
60/21 61/16
where's [1]   19/9
whereupon [2]   4/3
61/23
whether [4]   5/24
5/25 7/4 17/11
which [5]   28/10
37/11 37/13 43/22
54/17
while [9]   20/20 21/8
27/2 27/3 27/3 31/25
40/7 40/11 52/20
white [1]   53/11
who [3]   27/7 33/18
40/17
whole [7]   6/9 9/9
37/3 51/12 53/9
53/10 62/8
whom [1]   3/16
why [4]   34/9 34/14
35/1 37/3
will [1]   57/18
willing [1]   56/12
Willy [12]   22/11
26/13 26/24 27/23
27/24 29/2 29/18
32/1 32/10 32/16
40/3 52/20
Willy Jones [3]
26/24 40/3 52/20
Willy's [1]   28/18
windshield [1]   32/8
wintertime [1]   8/5
wire [2]   23/2 23/10
wires [3]   19/1 20/18
21/6
wise [1]   55/2
without [2]   3/25
5/17
witness [8]   3/14
3/25 4/1 44/21 44/24
47/7 49/24 61/23
won't [2]   57/5 57/5
work [2]   18/24 33/25
worked [1]   20/20
working [1]   20/12
works [1]   58/25
would [20]   24/17
24/19 25/2 32/11
34/17 34/24 45/13
45/18 46/20 46/20
47/1 47/1 50/14
50/20 56/9 56/10

56/24 56/25 61/16
61/19
wouldn't [1]   37/4
wrapped [1]   23/3
wrists [1]   48/8
wrong [3]   34/9 36/5
53/9
wrongdoing [1]   6/6
wrongful [4]   6/13
51/10 52/14 52/15

## X

x-rays [3]   58/2
58/16 59/8

## Y

yeah [24]   8/19 9/14
11/8 11/16 12/14
13/3 19/17 26/17
28/1 28/1 28/8 28/11
29/22 31/24 34/18
35/1 35/13 41/5
42/24 45/18 46/22
47/3 48/15 50/25
year [1]   55/6
years [1]   29/5
yes [54]   5/13 5/15
5/18 5/23 6/4 7/9
7/24 9/16 10/17
10/22 12/12 12/20
12/22 13/14 13/17
20/8 25/14 26/3
27/12 27/24 29/6
29/20 32/21 35/16
38/1 38/4 38/7 39/12
39/14 43/9 43/13
43/18 43/20 44/8
44/11 44/18 45/2
45/3 47/11 47/23
48/1 48/16 49/10
49/16 50/15 51/9
52/12 52/12 55/13
58/4 58/17 58/23
60/15 60/17
yesterday [1]   61/11
yet [3]   60/2 60/7
60/8
York [7]   1/10 1/11
1/16 60/25 61/1
61/19 62/5
you [439]
you'd [1]   50/8
you're [20]   12/21
13/13 18/11 18/12
18/12 31/25 33/18
35/20 37/20 38/14
38/18 39/6 39/6
45/22 46/14 51/14
53/3 56/12 56/17
59/17
you've [2]   4/10
19/13
younger [2]   29/10

Tony Jennings

## Y

younger... [1]   29/24
your [85]
yourself [2]   5/4
 59/25
yous [2]   28/14 28/14





PENGAD 800-631-6989

EXHIBIT
2
3/30/17



PENGAD 800-631-6989

EXHIBIT

3

AK 3/30/17







PENGAD 800-631-6989

EXHIBIT

6
3/30/7





PENGAD 800-631-6989

EXHIBIT
8
3/30/17

