



EXHIBIT
2
3/30/17

PENGAD 800-631-6989

EXHIBIT

3

3/30/17





EXHIBIT

4

3/30/17

PENGAD 800-631-6989



EXHIBIT
5
3/30/17
PENGAD 800-631-6989



EXHIBIT

U

3/30/17

PENGAD 800-631-6989



EXHIBIT

7

3/30/17

PENGAD 800-631-6989



EXHIBIT

8

3/30/17

EXHIBIT

9

3/30/17

