

# DEPARTMENT OF LAW
## OFFICE OF THE CORPORATION COUNSEL
### CITY OF SYRACUSE, MAYOR BEN WALSH

**Kristen E. Smith**
Corporation Counsel

**Joseph W. Barry III**
First Assistant
Corporation Counsel

**Christina F. DeJoseph**
Senior Assistant
Corporation Counsel

**Lee R. Terry**
Senior Assistant
Corporation Counsel

Catherine E. Carnrike
Meghan E. Ryan
Amanda R. Harrington
John C. Black Jr.
Kathryn M. Ryan
Ramona L. Rabeler
Todd M. Long
Sarah A. Lafen
Mary L. D'Agostino
Sophie West
Sarah M. Knickerbocker

**Department of Law
Office of Corp. Counsel**
233 E. Washington St.
City Hall, Room 300
Syracuse, N.Y. 13202

Office 315 448-8400
Fax    315 448-8381
Email  law@syrgov.net

July 27, 2020

Honorable Lawrence E. Kahn
James T. Foley U.S. Courthouse
445 Broadway, Rm 424
Albany, New York 12207

Re:   Jennings v. Decker et al.
      5:17-cv-54 (LEK/TWD)

Dear Judge Kahn:

Pursuant to the Court's Text Orders (see Dkt No. 123, 126), Defendants second motion for summary judgment was filed a few moments ago. I am requesting to file the following exhibits traditionally with the Court:

**Exhibits "B-1" and "B-2":** discs containing recorded telephone calls made by Plaintiff while he was incarcerated at the Onondaga County Justice Center;

**Exhibit "C":** photos taken of the Plaintiff following his arrest. The files were too large to upload via ECF;

**Exhibit "E":** a disc containing the booking video of Plaintiff when he was brought to the Onondaga County Justice Center on January 5, 2016;

**Exhibit "K":** Plaintiff's medical records from the Onondaga County Justice Center (to be filed under seal).

If the Court is agreeable to the same, kindly so-order this letter and I will promptly serve the aforementioned exhibits via mail.

Thank you for your courtesy.

Very Truly Yours,

Christina F. DeJoseph
Senior Assistant Corporation Counsel

IT IS SO ORDERED:

Lawrence E. Kahn
Senior U.S. District Judge

Dated: July 28, 2020

*Service of papers or process by facsimile or other electronic method is not acceptable.*