Executive Director
William Simmons



SYRACUSE HOUSING AUTHORITY

*Building Neighborhoods. Growing Dreams.*

Main Office

November 4, 2015

Chief of Police Frank Fowler
Syracuse Police Department
511 South State Street
Syracuse NY 13202

**Re:   TRESPASS LETTER OF CONSENT**
**Properties owned and/or managed by the Syracuse Housing Authority**

Dear Chief Fowler:

I, William J. Simmons, Executive Director of the Syracuse Housing Authority, on behalf of the Authority and properties managed by the Authority, do hereby designate each and every police officer, now and hereafter, employed by the City of Syracuse, as my agent and representative for the purpose of enforcing statues under the New York State Law, Article 140 – NY Penal Law. I authorize the Syracuse Police Department to arrest, remove, or advise any person present on the property without lawful business. This authorization shall continue in full force and effect until such time as it is revoked in writing and said writing is duly delivered to the Syracuse Police Department.

Very truly yours,

William J. Simmons
Executive Director
Syracuse Housing Authority

516 Burt Street / Syracuse, New York 13202 / PH 315.475.6181 / FAX 315.470.4203 / www.syracusehousing.org