**EXHIBIT**

tabbies'

I

1/7/2020          JMT

## STATEMENT

**STATE OF NEW YORK**
**COUNTY OF ONONDAGA**
**CITY OF SYRACUSE**

DR# 15-530658

I, William J. Simmons , being duly sworn, state I am     years of age  / /     (D.O.B.)

and my address is  516 Burt Street, Syracuse NY 13202     My occupation is  Executive Director

and I have completed     years of school.  I can be reached at the following phone numbers, ( ) -

home and  (315)475-6181    work.

---

Re:     TRESPASS LETTER OF CONSENT
Properties owned and/or managed by the Syracuse Housing Authority

I, William J. Simmons, Executive Director of the Syracuse Housing Authority, on behalf of the Authority and properties managed by the Authority, do hereby designate each and every police officer, now and hereafter, employed by the City of Syracuse, as my agent and representative for the purpose of enforcing statues under the New York State Law, Article 140 - NY Penal Law.  I authorize the Syracuse Police Department to arrest, remove, or advise any person present on the property without lawful business.  This authorization shall continue in full force and effect until such time as it is revoked in writing and said writing is duly delivered to the Syracuse Police Department.

---

I have read this statement (had this statement read to me) which consist  1     page(s) and the facts contained therein are true and correct to the best of my knowledge.

NOTE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE STATE OF NEW YORK

Affirmed under the penalty of perjury, this 4ᵗʰ     day of    NOV       , 20 15

_____     _____ #449
       SIGNATURE                          WITNESS

D (10-91)