Pg. 1

Rec'd in CRB
Office 072716
Case# 16-061

# Onondaga County Justice Center
# Inmate Letterhead

City of Syracuse, Citizen Review Board

Citizen Complaint Report

Section 1: Personal Information
Tony Jennings        DOB: 7/18/82   Sex: Male
Race: AA
1167 Anderson AVE Syracuse New York 13205
315-469-2044, Currently Housed At Onondaga County
Justice Center.

Section 2: Description of The Incident
January 5, 2016 Approximately 6:43 pm
Pioneer/Homes 100 Block of Radisson Court.

On January 5, 2016 At Approximately 6:43 pm
2 officers of The Syracuse Police Department
Driving A Marked police Vehicle in "plain clothing"
pulled into Radisson Court where I The Defendant
was Inside of My Car, (parked) In Between Two
other parked Vehicles. The officers pulled Their
patrole Vehicle Directly Behind The Rear End of
My Vehicle Blocking My Car From Reversing out of
The parking space. Officers Darren Vettinger
and Jeremy Decker Got out of Their police Vehicle
and Immediatley Approached The passenger of
My Car. "Willie Jones" was (Removing) Mechanical
Equipment From The Front and Back Seat of
My Car when Approached By Both officers.
Immediatley Willie Jones was (Grabbed) By Both
officers and (Searched) For No Apparent or
Justifiable Reason At All. I watched This
Altercation From The Driver Seat of My Car closed
Through The open passenger Door and window
For A minute or Two, Then Decided To Exit
My Vehicle, I opened My Driver side Door and
Immediatley officer Jeremy (Decker) Ran Around
From The passenger side and Jumped into The Doorway

CITY 000050

of my car flashing his light all around the interior of my car and in my face. Officer Decker started asking questions right away about drugs and guns inside of my car and on my person. I asked Officer Decker what was this all about and why did he box my car in preventing me from leaving which he gave me no answer. Officer Decker responded to me by repeating the persistent questions relating to drugs and guns and why were me and my friend sitting in the car. I asked him again why did he block my vehicle in, which he replied, he "observed" "furtive movements" inside of my car and that he believed something had to be going on. Officer Decker asked me for identification which I produced a valid drivers licence and proper registration and insurance. "It has been written statements from Officer Decker and testimony sworn to from Officer Decker and Ettinger to an grand jury in regards to this case and sworn testimony under oath at my suppression hearing May 17 and May 19, 2010 that I was arrested and pulled from my car because of a digital scale black in color observed in plain view by both officers Decker and Ettinger covered in "cocain." There has never been any criminal charges lodged against me for criminal possession of drug paraphernalia in the second degree. Neither has there been any evidence of a digital scale covered in cocain produced for the courts inspection at the suppression hearing, documentation of lab reports conducted upon said scale or item # numbers indicating that it even exist. Officer Decker used the authority of his badge and intimidation to gain entry into my car and to conduct his violation of my person. Once out of my car Officer Decker ordered me to place my hands on the roof of my car than began searching inside of my pockets. Starting with my coat he searched inside of my pockets, then stuck his hand into my right front pants pocket.

CITY 000051

# Onondaga County Justice Center
## Inmate Letterhead

I Asked officer Decker if I (was) under Arrest and (why) was he searching inside of my pockets. There was no response from officer Decker until he Grabbed the back of my pants and said "That he pulls up and sees two guy's sitting in a car" Making "Furtive Movements". There has to be something going on. Officer Decker continues his search of my person and (lifts) the back of my coat tail and says to me "you seem kind of nervous" then sticks his hand down the (inside) of my pants in the rear. I tense up and tell officer Decker that he is way out of line and violating my rights with his conduct and ask for him to stop. I turn around to get officer Decker to remove his hand from inside of pants, but immediatley he (slams me to the ground) in the parking lot causing me to bang my head on Ice and on the ground. At this time officer (Etlinger) Runs from the opposite side of my car to where me and officer Decker are on the ground, me pinned underneath officer Decker with (my hands behind my back), thats when officer Etlinger (kneels down) beside me on my right side and (punches me) in the face with closed fist. once cuffed I was brought to my feet by both officers then continued to be searched. officer Decker found contraband inside my (front left) pants pocket.

Attorney; John A. LoFARO, ESQ.
307 South Clinton Street Suite 200
Syracuse, New York 13202
315-476-5280 Fax 315-479-8847
John @ LoFaroLaw.Com

Racial profiling Definitely played a Role Here Due to the Fact these officer's stop The only Two people in a Neighborhood predominantly African American where There is Activity of Violence And drugs. There was no Report of any crimes That had been committed, But for No Reason Felt the need to subject Two Black people sitting in a Car minding There own Business to Harrassment and Assault and an Illegal search. once officer Decker stated That He observed "furtive movements" He meant Two Black occupants sitting in a Car in a Neighborhood equals up to no good.

I am currently being Held at The onondaga county Justice Center on charges Criminal possession of a Controlled Substance in The 3rd Degree, 4th Degree, and 7th Degree, And Resisting arrest. officer Jeremy Decker Gave Written Testimony And Testified under oath To The Grand Jury and At The Suppression Hearing That He weighed Said Contra Band using a standard Department Scale. To Determine The Actual Aggregate weight which He Testified To in the Amount of an Aggregate weight of 4 grams. Laboratory specialist forensic chemist Jennifer S. Wilson Affirmed under penalty of perjury An Aggregate weight of 2.576 grams far less Than what officer Decker Testified Too which isn't criminal possession of An Controlled substance in The 4th Degree as officer Decker Gave sworn Testimony and Affidavits To.

During The Incident I was Injured But Did not Recieve Hospital Treatment Because I was scared And Intimidated To Ask Because of The presence of So Many officers. officer Ettinger Testified That He Did Assault me by way of punching me in the face with a class A Fist under oath During my suppression Hearing.

Form Loc A-3-1

# Onondaga County Justice Center
## Inmate Letterhead

A police officer is held in high regards to uphold the law and to protect and serve. A police officer should never disregard the law and take matters above and beyond the scope of legal basis and his authority as a police officer. A police officers badge should never be used as a means of power to violate the constitutional rights of citizens, or as a means of power to oppress it's citizens. A police officer who lie in a police report should be charged with perjury. Currently PBA president JEFF PIEDMONTE official spokesperson for the Syracuse police department has spoken out to members of the Citizens Review board, A committee of members who investigate complaints of misconduct and aggressive force used by officers of the Syracuse police department. When asked PBA president JEFF PIEDMONTE stated " They don't like the fact that we punch people in the face" "They don't like the fact that we punch people in the head" "some of our officers punch harder than others PIEDMONTE stated." "If some of our bigger ones punch, they're going to have damage, and the Citizens Review board just doesn't like the fact that we punch people".

Under no circumstances should any officer of the law be allowed to assault citizens. Officers Jeremy Decker and Darren Ettinger should be held accountable for their conduct. Given the fact that there were no weapons present or found during the search, and the officer never felt that his life was in danger or threatened of physical harm or injury. There was no cause for officer Darren Ettinger to assault me by way of punching me in the face. There hasn't been any explanation or reasonable justification given or provided in any of the officers sworn testimony or written reports from the arrest on January 5, 2016.

CITY 000054

The Acts of These Two officers false Reports, Misconduct and Aggressive force should Be Considered Detrimental To Any citizen of onondaga County who crosses The path of These Two officer's reasonable suspicions.

I Have Read This statement ✓

X Tanya Jimming

False statements Made Herein are punishable As A Class A Misdemeanor pursuant To section 210.45 of The penal Law of The state of New York.

X Tanya Jimming

TERESA DEMKO
Commissioner of Deeds
City of Syracuse
Commission Expires _n_/_31_/_16_

7/25/16

Citizens Review Board
201 East Washington Street, Suite 705
Syracuse NY ✓ 13202

Form Loc A-3-1

CITY 000055