

# DEPARTMENT OF LAW
## OFFICE OF THE CORPORATION COUNSEL
### CITY OF SYRACUSE, MAYOR BEN WALSH

**Kristen E. Smith**
Corporation Counsel

**Joseph W. Barry III**
First Assistant
Corporation Counsel

**Christina F. DeJoseph**
Senior Assistant
Corporation Counsel

**Lee R. Terry**
Senior Assistant
Corporation Counsel

Catherine E. Carnrike
Meghan E. Ryan
Amanda R. Harrington
John C. Black Jr.
Kathryn M. Ryan
Ramona L. Rabeler
Todd M. Long
Sarah A. Lafen
Sophie West
Sarah M. Knickerbocker
Danielle B. Pires
Finney Raju
Patrick R. Blood
Amelia McLean-Robertson
Patrick J. Parkinson

**Department of Law
Office of Corp. Counsel**
233 E. Washington St.
City Hall, Room 300
Syracuse, N.Y. 13202

December 8, 2020

Honorable Lawrence E. Kahn
James T. Foley U.S. Courthouse
445 Broadway, Rm 424
Albany, New York 12207

**Re:**   Jennings v. Decker et al.
5:17-cv-54 (LEK/TWD)

Dear Judge Kahn:

Defendants respectfully request an extension to file reply/opposition to the pending dispositive motions. The current deadline is December 8, 2020. I am diligently working on this submission prior to my departure from this office as I prepare to take the bench as an Onondaga County Family Court judge.

Accordingly, I respectfully request that the Court permit the defense to file reply/opposition papers by December 18, 2020. Plaintiff's counsel has consented to the same.

Respectfully Submitted,

*/s/ Christina F. DeJoseph/*

Christina F. DeJoseph
Senior Assistant Corporation Counsel

Cc:   Kevin Cannizzaro, Esq. (via ECF)

CFD/

*Service of papers or process by facsimile or other electronic method is not acceptable.*