

# DEPARTMENT OF LAW
## OFFICE OF THE CORPORATION COUNSEL
### CITY OF SYRACUSE, MAYOR BEN WALSH

**Kristen E. Smith**
Corporation Counsel

**Joseph W. Barry III**
First Assistant
Corporation Counsel

**Lee R. Terry**
Senior Assistant
Corporation Counsel

Catherine E. Carnrike
Meghan E. Ryan
Amanda R. Harrington
John C. Black Jr.
Kathryn M. Ryan
Ramona L. Rabeler
Todd M. Long
Sarah A. Bartels
Sophie West
Sarah M. Knickerbocker
Danielle B. Pires
Finney Raju
Patrick R. Blood
Amelia McLean-Robertson
Patrick J. Parkinson
Danielle R. Smith

**Department of Law
Office of Corp. Counsel**
233 E. Washington St.
City Hall, Room 300
Syracuse, N.Y. 13202

Office  315 448-8400
Fax     315 448-8381
Email   law@syrgov.net

www.syrgov.net

December 15, 2020

**SENT ELECTRONICALLY VIA CM/ECF**
Honorable Lawrence E. Kahn
James T. Foley U.S. Courthouse
445 Broadway, Room 424
Albany, New York 12207

    **Re:**    **Tony Jennings v. Jeremy Decker, et al.**
            **Federal Civil Action No. 5:17-cv-54 (LEK/TWD)**

Dear Judge Kahn:

Defendants respectfully request that the Court terminate attorney Christina F. DeJoseph, Esq., from the above-referenced action as an "attorney to be noticed." As of the close of business on Friday, December 11, 2020, Attorney DeJoseph is no longer employed by the City of Syracuse as she transitions to her new position as a Family Court Judge in Onondaga County.

Thank you very much for your consideration.

Respectfully submitted,
_____/s/_____
Patrick R. Blood, Esq.
Assistant Corporation Counsel

CC:      All parties of record (sent electronically *via* CM/ECF)

*Service of papers or process by facsimile or other electronic method is not acceptable.*