

# DEPARTMENT OF LAW
## OFFICE OF THE CORPORATION COUNSEL
### CITY OF SYRACUSE, MAYOR BEN WALSH

**Corporation Counsel**
Susan R. Katzoff

**First Assistant Corporation Counsel**
Joseph W. Barry III

**Senior Corporation Counsels**
Lee R. Terry
Todd M. Long

**First Assistant Senior Corporation Counsels**
John C. Black Jr.
Catherine E. Carnrike
Amanda R. Harrington
Danielle B. Pires
Meghan E. Ryan
Danielle R. Smith

**Assistant Corporation Counsels**
Darienn P. Balin
John J. Connor
Valerie T. Didamo
Gregory P. Fair
Meira N. Hertzberg
Trevor McDaniel
Patrick J. Parkinson
Meir Teitelbaum
Zachary A. Waksman

**Department of Law Office of Corp. Counsel**
233 E. Washington St.
City Hall, Room 300
Syracuse, N.Y. 13202

Office  315 448-8400
Fax      315 448-8381
Email   law@syrgov.net

www.syr.gov

June 20, 2023

<u>SENT VIA CM/ECF</u>
Hon. Therese Wiley Dancks, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse NY 13261-7346

      Re:    *Jennings v. Decker, et al.*
              Federal Civil Action No. 5:17-cv-00054-LEK-TWD

Dear Judge Dancks:

I represent Defendant Jeremy Decker and Darrin Ettinger in the above-referenced matter, and I apologize on behalf of all parties for the late filing of this status report.

The proposed ordinance approving the settlement sum in this matter goes before the Syracuse Common Council today, June 20, 2023. If and when the ordinance is approved by vote of the Common Council, it will then be signed by the Mayor. All of this should be completed by the end of the week. At that point it will take approximately two weeks to process payment, which the Law Department will transmit to counsel for Plaintiff upon receipt. Upon receipt by Plaintiff's counsel, the Stipulation of Discontinuance ("Stipulation") in this matter will be filed.

As such, I estimate that the Stipulation could be filed by or before July 14, 2023.

Thank you for your consideration in this matter.

Respectfully submitted,
*/s/Todd M. Long*
Senior Assistant Corporation Counsel
Federal Bar Roll Id. 519301

CC:    All counsel of record (electronically via CM/ECF)

*Service of papers or process by facsimile or other electronic method is not acceptable.*